**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **BriteLab, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  E Systems Technology, Inc.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8629325** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **6341 San Ignacio Ave.** <br> **San Jose, CA 95119** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Santa Clara** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://britelab.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Case: 23-51520   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 12:10:48   Page 1 of 30

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____ Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

███  **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Case: 23-51520    Doc# 1    Filed: 12/29/23    Entered: 12/29/23 12:10:48    Page 3 of 30

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **BriteLab, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 29, 2023**
MM / DD / YYYY

X _Ali B_____      **Ali Bushehri**
Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

X _____      Date **December 29, 2023**
Signature of attorney for debtor      MM / DD / YYYY

**Ron Bender 143364**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**      Email address    **rb@lnbyg.com**

**143364 CA**
Bar number and State

## RESOLUTIONS AUTHORIZING FILING OF CHAPTER 11 BANKRUPTCY CASE AND RELATED MATTERS

The following Resolutions were duly enacted by the Board of Directors (the "**Board**") of BriteLab, Inc., a Delaware corporation (the "**Company**"), and the same shall remain in full force and effect, without modification, unless and until the Board of the Company adopts a further resolution to the contrary:

**RESOLVED**, that the Board of the Company, after having considered the outstanding liabilities and assets of the Company, the Company's inability to meet its debts as they become due, the Company's fiduciary duties to its creditors and alternatives currently available to the Company, have determined that it is advisable and in the interests of the Company and its creditors to file a bankruptcy petition under Chapter 11 of the United States Bankruptcy Code (subchapter V);

**RESOLVED FURTHER**, that Ali Bushehri, the Chief Executive Officer of the Company, or such other person duly appointed by the Board (the "**Responsible Party**") is hereby authorized to execute and cause to be filed, on December 28, 2023 or such other date determined by the Responsible Party to be in the best interests of the Company, its creditors and other parties in interest, after consultation with the Company's counsel, a bankruptcy petition (and all related documents and papers) under Chapter 11 of the Bankruptcy Code to enable the Company to commence a Chapter 11 bankruptcy case (subchapter V);

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed, in the name of the Company, to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik L.L.P. as bankruptcy counsel to the Company for purposes of filing the Chapter 11 bankruptcy petition and representing the Company in the Chapter 11 bankruptcy case

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized to employ, in the name of the Company, any other professionals to represent or assist the Company in connection with the bankruptcy case that the Responsible Party deems to be in the best interests of the Company, including, but not limited to, the employment of B. Riley Financial, Inc. and/or one or more of its subsidiaries or affiliates as financial advisor and/or sales agent to the Company;

**RESOLVED FURTHER**, that the Responsible Party is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel to the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings and to take any and all action which the Responsible Party deems necessary and proper in connection with the bankruptcy case;

**RESOLVED FURTHER**, that the authority granted to the Responsible Party pursuant to the foregoing resolutions to cause the Company to take further actions in connection with the bankruptcy case shall include, but not be limited to, seeking

Bankruptcy Court approval for the Company to use cash collateral and/or to obtain post-bankruptcy financing and executing any agreements related to any of the foregoing; compensating employees; hiring and terminating employees; purchasing products or materials; selling products; entering into or continuing with agreements; collecting accounts receivable; negotiating with creditors, lenders, vendors, suppliers and landlords; assuming, assigning, or rejecting executory contracts and unexpired leases; renegotiating the terms of executory contracts and unexpired leases; signing new or amended contracts and leases; commencing and defending litigation involving the Company; marketing the Company's assets for sale and consummating the sale of all or substantially all of the Company's assets for the most money possible; and formulating, filing and seeking to confirm a plan of reorganization; and

**RESOLVED FURTHER**, that all prior acts and deeds of the Responsible Party or the other officers of the Company acting in their capacity as an authorized representative of the Company, as the case may be, taken to carry out the intent and accomplish the purposes of the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the respective acts and deeds of the Company.

Dated: December 28, 2023

By: Ali Bushehri, Chief Executive Officer and Board Chairman

2

Fill in this information to identify the case:

Debtor name  **BriteLab, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ *Amended Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is **true and correct.**

Executed on   **December 29, 2023**          X _____
                                              Signature of individual signing on behalf of debtor

                                              **Ali Bushehri**
                                              Printed name

                                              **Chief Executive Officer**
                                              Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **BriteLab, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Peninsula Land & Capital** 2390 El Camino Real Suite 210 Palo Alto, CA 94306 | **Roger Fields** accounting@peninsulaland.com 1-650-327-2014 | **Landlord** | | | | $734,405.29 |
| **Future Electronics** 135 S. La Salle Street Dept. 3261 Chicago, IL 60674-3261 | **Amy Dedri Gilbert Encinas** Jon.Aronovici@FutureElectronics.com 1-800-334-6808 3563 | **Goods** | | | | $320,588.50 |
| **Onto Innovations, Inc. dba NANOMETRICS I** 1550 Buckeye Drive Milpitas, CA 95035 | **Rosalind** kmarshall@nanometrics.com 408-435-9600 | **Goods** | | | | $87,665.27 |
| **SuNPe Prototype (HK) Co.,L Limited GaoSha Industry Zon, Donsheng To Guangdong 00052-8415 China** | **Milly Mai** sales_03@sunpe.com +86 (0) 760 22825560 | **Services** | | | | $79,699.56 |
| **Eastek International Corp.** PO Box 88261 Dept A Chicago, IL 60680 | **Robin Lee/Nancy Fu** Nancy.Fu@eastekinternational.com 408-718-2144 | **Goods** | | | | $76,466.70 |
| **PHC GCM Korea** # 76 Oseongsandan-ro, Oseong-myeon Pyeongaek-si 17818-0000 S. Korea | **Sa Lee** sa.lee@phcrpm.com 031-8036-4619 | | | | | $74,948.46 |

Case: 23-51520    Doc# 1    Filed: 12/29/23    Entered: 12/29/23 12:10:48    Page 9 of 30

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Unique Technos Co. Ltd** **136, Jiksan-ro, Jiksan-eup, Seobuk-gu Cheonan-si S. Korea** | **Lee Min Ho** **mhlee@uniqt.co.kr** **010-9389-1562** | **Goods** | | | | $74,594.91 |
| **Yeong-Sae Kim** **1700 Wyatt Dr. Suite 9 Santa Clara, CA 95054** | **ea-kor@clarusint.com** **408-432-5003** | **Legal Services** | | | | $63,101.60 |
| **XYZ Automation** **180 Chandalar Place Dr.** **Pelham, AL 35124** | **ar@xyzautomationinc.com** **205-624-3482** | **Services** | | | | $53,299.61 |
| **Polymetallurgical LLC** **P.O. Box 736070 Dallas, TX 75373-6070** | **Carl Pallister** **cindy.alaimo@nninc.com** **401-952-8659** | **Goods** | | | | $53,222.06 |
| **Massa Products Corporation** **280 Lincoln Street Hingham, MA 02043-1796** | **Dawn Massa Stancavish** **egc@massa.com** **781-740-6133** | **Goods** | | | | $51,870.00 |
| **Sun KPO Inc.** **63 Summer Hill Ct. Danville, CA 94526** | **Vishal R. Kyatham** **Vishal.K@sunkpo.com** **412.818.5793** | **Services** | | | | $49,342.50 |
| **WCP_Woodside Capital Partners Internatio** **2650 Birch Street Suite 100 Palo Alto, CA 94306** | **George.Jones@woodsidecap.com** **1 408 966 6147** | **Services** | | | | $45,000.00 |
| **Sunnytech Circuit Assembly** **150 River Oaks Pkwy Suite 100 San Jose, CA 95134** | **Virgil Chen** **virgilchen@sunnytech.biz** **(408) 943-8100** | **Goods** | | | | $44,611.04 |
| **CPK Manufacturing, Inc.** **2188 Del Franco St. Suite 70 San Jose, CA 95131** | **Tony** **tony@cpkmfg.com** **(408) 971-4019** | **Services** | | | | $42,475.80 |
| **FedEx CA** **P.O. Box 7221 Pasadena, CA 91109-7321** | **800-622-1147** | **Services** | | | | $40,697.98 |

Case: 23-51520    Doc# 1    Filed: 12/29/23    Entered: 12/29/23 12:10:48    Page 10 of 30

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Onyx Healthcare USA 324 West Blueridge Ave Orange, CA 92865** | **Rosalind** kmarshall@nanometrics.com **408-435-9600** | **Goods** | | | | **$37,800.00** |
| **Globalization Partners, LLC Attn: Legal Department 175 Franklin Street, 17th Floor Boston, MA 02110** | **Legal Department** **1 888-855-5328** | **Services** | | | | **$35,021.44** |
| **Chamisa Technology, LLC 300 Menaul Blvd. NE Suite A257 Albuquerque, NM 87107** | **Ken Burgess** **Michaela@chavezcpa.com 505.975.5787** | **Goods** | | | | **$33,903.96** |
| **XP POWER INC. PO Box 102578 Pasadena, CA 91189-2578** | **Joann Souza** **JSouza@xppower.com 408-732-7777** | **Goods** | | | | **$24,948.00** |

Case: 23-51520   Doc# 1   Filed: 12/29/23   Entered: 12/29/23 12:10:48   Page 11 of 30

**United States Bankruptcy Court**
**Northern District of California**

In re  __BriteLab, Inc._____   Case No. _____
                                              Debtor(s)      Chapter   __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __December 29, 2023_____          _____
                                               **Ali Bushehri/Chief Executive Officer**
                                               Signer/Title

Acuma Inc
2231 Ringwood Ave
San Jose, CA 95131


ADEM  LLC
1040 Di Giulio Avenue
Suite 160
Santa Clara, CA 95050


Advanced Motion Control
3805 Calle Tecate
Camarillo, CA 93012


Airpot Corporation
35 Lois St
Norwalk, CT 06851


Ali Bushehri
6341 San Ignacio Ave.
San Jose, CA 95119


All American Semiconduc
2350 Walsh Ave
Santa Clara, CA 95051


All Bearing Solutions
19360 Rinaldi St. # 309
Porter Ranch, CA 91326


Alpine Bearing West
P.O. Box 331
Allston, MA 02134

```
Aonics Electronics
2029 Osprey Lane
Suite A257
Lutz, FL 33549


AT&T  5019
PO BOX 5019
Carol Stream, IL 60197


AT&T 5025
PO Box 5025
Carol Stream, IL 60197


AT&T MOBILITY
PO BOX 6463
Carol Stream, IL 60197


AT&T MOBILITY_S2
PO BOX 6463
Carol Stream, IL 60197


AZ Prototype
236 S. Mulberry
Suite 107
Mesa, AZ 85202


Bay Advanced Technology
P.O. BOX 846076
Los Angeles, CA 90084


Bay Alarm Company 3601422
P.O. Box 51041
Los Angeles, CA 90051
```

Bay Alarm Company 3638522
P.O. Box 51041
Los Angeles, CA 90051


Bay Alarm Company 4507522
P.O. Box 51041
Los Angeles, CA 90051


Beslagic Edina
3183 Cabrillo Ave
Santa Clara, CA 95051


Beswick
284 Ocean Road
Greenland, NH 03840


BF Micavn LLC
200 Sahara Ave.
Suite 2902
Las Vegas, NV 89102


BNP March CPAs LLP
1 Park Plaz
Suite 350
Irvine, CA 92614


Bobby Rekhi
3108 Monterey Street
San Mateo, CA 94403


Bossard
909 W. Pinnacle Peak Rd
Suite 102
Phoenix, AZ 85027

Bradley Nameplate Corp.
51 Whitney Place
Fremont, CA 94539


Brian Archer
2416 Red Poland Court NW
Albuquerque, NM 87120


Brooks Automation, Inc.
15 Elizabeth Drive
Chelmsford, MA 01824


BSC Investment Group
4546 El Camino Real B10 #715
Los Altos, CA 94022


BSI Group America, Inc
Dept CH 19307
Palatine, IL 60055-9307


CA State Board of Equaliza
PO BOX 942879
Sacramento, CA 94279


Chamisa Technology, LLC
300 Menaul Blvd. NE
Suite A257
Albuquerque, NM 87107


Chicago White Metal Castin
Route 83 & Fairway Drive
Bensenville, IL 60106

Cintas  PO Box 631025_S2
P. O. Box 631025
Cincinnati, OH 45263


CINTAS CORPORATION box 29059 Uniform
P.O BOX 29059
Phoenix, AZ 85038


CINTAS_PO Box 631025_Cintas First Aid &
P.O. Box 631025
Cincinnati, OH 45263


CloudRouted Limited (BL website)
300 E. 2NS Street
Suite 1510
Reno, NV 89501


Comcast Business
PO Box 8587
Philadelpha, PA 19101


Conexwest
95 D'Arcy Pkwy
Lathrop, CA 95330


Cooner Wire
9265 Owensmouth Ave
Chatsworth, CA 91331


Corodata
P.O.Box 842638
Los Angeles, CA 90084

County of Santa Clara
70 West Hedding Street
East Wing, 6th Floor
San Jose, CA 95110-1767


CPK Manufacturing, Inc.
2188 Del Franco St.
Suite 70
San Jose, CA 95131


DIGI KEY CORPORATION
P.O. Box 250
Thief River Falls, MN 56701


Dolphin Data Capture
18-05 215th Street
Suite 11E
Bayside, NY 11360


Eastek International Corp.
PO Box 88261
Dept A
Chicago, IL 60680


Eastern Bearings Inc.
158 Lexington St.
Waltham, MA 02452


Endeavour Storage Solutions
45949 Warm Springs Blvd
Fremont, CA 94539


FedEx
P.O BOX 7221
Pasadena, CA 91109

FedEx CA
P.O. Box 7221
Pasadena, CA 91109-7321


FedEx Freight CA
PO Box 21415
Pasadena, CA 91185


Feinmetall USA LLC
2748 Adeline St
Suite B10
Berkeley, CA 94703


First Choice Coffee Services
3130 Alfred St
Santa Clara, CA 95054


FlowStar
6800 Silacci Wa
Gilroy, CA 95020


FOX, WANG & MORGAN P.C
315 University Avenue
Los Gatos, CA 95030


Franchise Tax Board
PO BOX 942857
Sacramento, CA 94257


Future Electronics
135 S. La Salle Street
Dept. 3261
Chicago, IL 60674-3261

Globalization Partners, LLC
Attn: Legal Department
175 Franklin Street, 17th Floor
Boston, MA 02110


GM NAMEPLATE, INC.
PO BOx 743785
Los Angeles, CA 90074


Gorilla Circuits
1445 Oakland Rd
San Jose, CA 95112


Hamamatsu Corporation
Box 6910 360 Foothill Road
Bridgewater, NJ 08807


HD Systems, Inc.
42 Dunham Ridge
Beverly, MA 01915


Howdtech
6F., No. 16-1, Ln. 345, Yangguang St., N
Taipei City 00011-4713
Taiwan


i2i LLC
4546 EL Camino Rea
Suite B10
Los Altos, CA 94022


Igor Kudevitsky
5539 Sean, Apt. 58
San Jose, CA 95123

IGUS
P.O. BOX 14349 E
Providence, RI 02914-0000
IUSA


Indicate Technologies
2065 Martin Ave
Suite 103
Santa Clara, CA 95050


Integrated Optical Service
3270 Keller Street
Unit 102
Santa Clara, CA 95054


ITAC SYSTEMS INC
2045 Forest Lane
Suite 150
Garland, TX 75042


Jae H Jung
6492 Pfeiffer Ranch Rd
San Jose, CA 95120


John F. Bradley, Jr.
28 North First Street
Suite 400
San Jose, CA 95113


John F. Youngworth
144 Collins Road
Dresden, TN 38225


Larson Packaging
1000 Yosemite Dr
Milpitas, CA 95035

LEE SPRING CO.
140 58th Street
Suite 3C
Brooklyn, NY 11220


Lin Engineering
16245 Vineyard Blvd
Morgan Hill, CA 95037


MAGIC SPRAY
930 GEORGE ST
Santa Clara, CA 95054


Massa Products Corporation
280 Lincoln Street
Hingham, MA 02043-1796


Maxon Precision Motors, In
P.O BOX 742593
Los Angeles, CA 90074


MB KIT SYSTEMS LLC
925 Glaser Parkway
Akron, OH 44306


MCMASTER-CARR INC.
P.O. Box 7690
Chicago, IL 60680


Meritronics Las Vegas
950 Pilot Rd
Suite C
Las Vegas, NV 89119

metalfx
200 North Lenore Avenue
Willits, CA 95490


Micro Precision Calibratio
6878 Santa Teresa Blvd
San Jose, CA 95119


Misumi USA
6797 Network Place
Attn: AR
Chicago, IL 60673


MOUSER ELECTRONICS INC.
P.O. Box 99319
Fort Worth, TX 76199


Navarro Machining
129 El Pueblo Rd. NW
Albuquerque, NM 87114


New Dimension Electronics
3301 Keller St
Santa Clara, CA 95054


Newark Electronics
33190 Collection Center Drive
Chicago, IL 60693


Newport Corporation
27631 Network Place
Chicago, IL 60673

NICKELL FIRE PROTECTION, I
946 North 7th St
San Jose, CA 95112


NT Electronics
1449 Bob White PL
San Jose, CA 95131


Onto Innovations, Inc. dba NANOMETRICS I
1550 Buckeye Drive
Milpitas, CA 95035


Onyx Healthcare USA
324 West Blueridge Ave
Orange, CA 92865


P&Dworks Precision Enginee
Zhang Shanjun No.22, Lingbian Rd, Shiji
Guangdong 00051-1450
China


Pappas Electric
1871 Carob Ct
Gilroy, CA 95020


Paul Rogan
1662 River Oaks Drive
Reno, NV 89511


Peak Technology Enterprise
6951 Via Del Oro
San Jose, CA 95119

Peninsula Land & Capital
2390 El Camino Real
Suite 210
Palo Alto, CA 94306


PHC GCM Korea
# 76 Oseongsandan-ro, Oseong-myeon
Pyeongaek-si 17818-0000
S. Korea


Pitney Bowes Gobal Financial - PIT001
P.O. BOX 371887
Pittsburgh, PA 15250


Polymetallurgical LLC
P.O. Box 736070
Dallas, TX 75373-6070


Production Automation Corp
121 Cheshire Lane
Suite 400
Minnetonka, MN 55305


Proto Labs, Inc
P.O. Box 856933
Minneapolis, MN 55485


Quality Engineering Consul
225 South 6th Street
Suite 3900
Minneapolis, NM 55402


RandSIM
28127 Network Place
Chicago, IL 60673

Robert de Neve
11105 Linda Vista Dr
Cupertino, CA 95014


RS America Inc.
P.O. Box 841811
Dallas, TX 75284


Sharp Dimension, Inc.
4240 Business Center Drive
Fremont, CA 94536-6356


Shirley Solutions LTD
6 Ravnitzky St.
Beit Shoham, 2nd Floor
Petach-Tikva 06021-5881
Israel


Silicon Valley Information
123 E San Carlos Street
Suite 234
San Jose, CA 95112


Smartsheet Inc.
10500 NE 8th St
Suite 1300
Bellevue, WA


SPEEDMARK Transporation, Inc.
1525 Adrian Road
Burlingame, CA 94010


Sun KPO Inc.
63 Summer Hill Ct.
Danville, CA 94526

Sunnytech Circuit Assembly
150 River Oaks Pkwy
Suite 100
San Jose, CA 95134


SuNPe Prototype (HK) Co.,L
Limited GaoSha Industry Zon, Donsheng To
Guangdong 00052-8415
China


Sunstar Supply Company
45333 Fremont Blvd
Suite 400
Fremont, CA 94538


Teledyne Acton Optics
700 Technology Park Drive
Billerica, MA 01821


Testco
1290 Kifer Road
Suite 208
Sunnyvale, CA 94086


TestEquity
335 Willow St
Attn: Chris Seymour
North Andover, MA 01845


The Pros Commercial Cleaning SolutionsLL
PO Box 70302
Albuquerque, NM 87197


THK America, Inc.
200 East Commerce Drive
Schaumburg, IL 90173

```
Thorlabs
56 Sparta Avenue
Newton, NJ 07860


Tim Linehan
1620 Laurelwood Dr.
San Jose, CA 95125


Tom Beck
507 Northern Blvd Northwest
Rio Rancho, NM 87124


Uline
PO Box 88741
Attn: Accounts Receivable
Chicago, IL 60680


Unique Technos Co. Ltd
136, Jiksan-ro, Jiksan-eup, Seobuk-gu
Cheonan-si
S. Korea


UPS (EFT)
P.O. Box 7247-0244
Philadelpha, PA 19170


Villa Janitorial Service
7653 St Francis C
Gilroy, CA 95020


VTJ Crates & Packaging Com
1723 Rogers Ave
#1723F
San Jose, CA 95112
```

Wavelinkcable
PO BOX 4358
Manchester, NH 03108


WB Machining & Mechanical
1670 Zanker Rd
San Jose, CA 95112


WCP_Woodside Capital Partners Internatio
2650 Birch Street
Suite 100
Palo Alto, CA 94306


Wells Fargo Financial Leasing
PO Box 77096
Minneapolis, NM 55480


WTWH Media LLC
1111 Superior Ave E
Suite 2600
Cleveland, OH 44114


Xiamen EPRO Technology Co., LTD
368, Jiancai Yuan, Tong'An District
Xiamen City
China


Xincheng Machinery Factory
NO.80, Ln.428, Sec.3, Wenhua Rd., Rende
Tainan City 00717-0000
Taiwan


XP POWER INC.
PO Box 102578
Pasadena, CA 91189-2578

XYZ Automation
180 Chandalar Place Dr.
Pelham, AL 35124


Yeong-Sae Kim
1700 Wyatt Dr.
Suite 9
Santa Clara, CA 95054


York Industries
303 Nassau Blvd
Garden City Park, NY 11040