RON BENDER (SBN 143364)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Counsel for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re: | Case No.: 5:23-bk-51520 |
| BRITELAB, INC., <br> a Delaware corporation | Chapter 11 Case <br> Subchapter V |
| Debtor and Debtor in Possession. | |

### NOTICE OF OBJECTION TO CLAIM

**(Claim 23 – Tim Lenihan)**

TO: TIM LENIHAN AND HIS COUNSEL OF RECORD

PLEASE TAKE NOTICE that BriteLab, Inc., debtor and debtor-in-possession ("BriteLab" or the "Debtor"), objects to your Claim on the grounds more fully set forth in the Objection which accompanies this Notice (the "Objection").

PLEASE TAKE FURTHER NOTICE THAT if you fail to file with the Court and serve upon counsel for the Debtor **within 30 days from the mailing of this Notice** your responsive objection or request for a hearing, the Debtor will seek an Order by default disallowing your claim. If you disagree with this result, you must file a responsive objection or a request for hearing.

Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed when filing a responsive objection or a request for hearing. The procedures include the following:

(i) Any objection to the requested relief, or a request for hearing on the matter must be filed and served upon the initiating party within 30 days of mailing of the notice;

(ii) A request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

(iii) If there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

(iv) The Debtor will give at least 30 days written notice of hearing to the objecting or requesting party, in the event an objection or request for hearing is timely made.

Any response to this Objection to Claim should be served upon:

> Ron Bender; John-Patrick M. Fritz
> LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
> 2818 La Cienega Avenue
> Los Angeles, California 90034
> Telephone: (310) 229-1234
> Facsimile: (310) 229-1244
> Email: RB@LNBYG.COM; JPF@LNBYG.COM

Respectfully submitted,

Dated: May 29, 2024

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: /s/ John-Patrick M. Fritz
 RON BENDER
 JOHN-PATRICK M. FRITZ
Counsel for Chapter 11 Debtor and Debtor in Possession