1  RON BENDER (SBN 143364)
   JOHN-PATRICK M. FRITZ (SBN 245240)
2  LEVENE, NEALE, BENDER,
   YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
   Los Angeles, California 90034
4  Telephone: (310) 229-1234
   Facsimile: (310) 229-1244
5  Email: RB@LNBYG.COM; JPF@LNBYG.COM

6  Attorneys for Chapter 11 Debtor
   and Debtor in Possession

7

8                **UNITED STATES BANKRUPTCY COURT**
9                **NORTHERN DISTRICT OF CALIFORNIA**
                 **SAN JOSE DIVISION**
10
                                          ) Case No.: 23-51520
11                                        )
   In re:                                 ) Chapter 11 Case
12                                        ) Subchapter V
   BriteLab, Inc.,                        )
13 a Delaware corporation                 ) **DEBTOR'S      THIRD      AMENDED**
                                          ) **CHAPTER 11, SUBCHAPTER V, PLAN**
14        Debtor and Debtor in Possession.) **OF      REORGANIZATION,     DATED**
                                          ) **AUGUST 13, 2024**
15                                        )
                                          )
16                                        ) Hearing on Plan Confirmation:
                                          ) Date:   September 5, 2024
17                                        ) Time:   1:30 p.m.
                                          ) Place:  United States Courthouse
18                                        )         Courtroom 9
                                          )         280 South First Street
19                                        )         San Jose, CA 95113-3099[1]
                                          )
20                                        )
21 _____)

22

23

24

25 _____

26 [1] The hearing on this matter will take place in-court using hybrid technology. Each party or lawyer can elect to appear
   in person in court, or remotely by video/telephone. In-person appearances are not required but are optional. The
27 hearing will be conducted in the presiding judge's courtroom. If you choose to appear by video or telephone, refer to
   the Bankruptcy Court's website which provides information regarding how to arrange an appearance. If you have
   questions about how to participate in a video or telephonic hearing, you may contact the courtroom deputy, Anna
28 Lee, at (408) 278-7517 or email her at: anna_e_lee@canb.uscourts.gov.

# TABLE OF CONTENTS

I.    INTRODUCTION ..................................................................2

II.   STATUTORY PLAN DISCLOSURES ...........................................3

      A.    Brief History of the Business Operations of the Debtor ...3

      B.    Liquidation Analysis ...............................................4

      C.    Plan Payment Projections .......................................6

III.  TREATMENT OF CREDITORS' CLAIMS UNDER THE
      PLAN ..............................................................6

      A.    What Creditors Will Receive Under the Plan...................6

      B.    Means of Effectuating and Implementing the Plan.........14

IV.   EFFECT OF CONFIRMATION OF THE PLAN .....................19

      A.    Discharge. ..............................................19

      B.    Modification of the Plan. .............................19

      C.    Post-Confirmation Status Reports. ........................19

      D.    Post-Confirmation Conversion/Dismissal. .................20

      E.    Final Decree. ...........................................21

# I.     INTRODUCTION

BriteLab Inc., a Delaware corporation (the "Debtor"), is the debtor and debtor in possession in the above-captioned chapter 11, subchapter V, bankruptcy case (the "Bankruptcy Case") bearing case number 23-51520.  The Debtor filed a voluntary petition under chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and elected subchapter V on December 29, 2023 (the "Petition Date").   The Debtor is operating its business, managing its affairs, and administering its estate as a debtor in possession pursuant to sections 1182(2) and 1184 of the Bankruptcy Code. The United States Trustee (the "UST") appointed Gina Klump as the subchapter V trustee (the "Trustee") pursuant to 11 U.S.C. § 1183(a).

Chapter 11 subchapter V allows the Debtor (and only the Debtor) to propose a plan.  This Plan is a reorganization plan proposed by the Debtor.  **This document is the Plan**.  It includes (i) a brief history of the business operations of the Debtor; (ii) a liquidation analysis; and (iii) projections with respect to the ability of the Debtor to make payments under the Plan. This information is provided to help you understand the Plan and to decide whether to vote to accept or reject the Plan or otherwise file objections.

The effective date (the "Effective Date") of the Plan shall be the first day after the Court enters an order (the "Confirmation Order") confirming the Plan and all of the following conditions have been satisfied or waived as specified below: (1) all documents, instruments, and agreements to be executed in connection with the Plan shall have been executed and delivered by all parties to such documents, instructions, and agreements; (2)  14 days following the entry of the plan confirmation order shall have passed without an appeal of said order having been filed; (3) the Plan is not subject to an appeal or rehearing; and (4) there is no stay in effect with respect to the plan confirmation order.

Conditions numbered (1) and (3) above can be waived by the Debtor in its sole discretion.

Condition number (2) above can be waived by request of the Debtor with an order by the Bankruptcy Court pursuant to Rule 3020(e) of the Federal Rules of Bankruptcy Procedure. Condition number (4) cannot be waived. The Debtor, following the Effective Date, shall be referred to as the "Debtor."

## II. STATUTORY PLAN DISCLOSURES

Bankruptcy Code Section 1190(1) requires that a subchapter V plan include: (i) a brief history of the business operations of the Debtor; (ii) a liquidation analysis; and (iii) projections with respect to the ability of the Debtor to make payments under the Plan. 11 U.S.C. § 1190(1).

### A. Brief History of the Business Operations of the Debtor

#### a. The Debtor's Business Prepetition

1.  The Debtor was incorporated in Delaware in 2007.

2.  The Debtor has approximately 48 employees. The Debtor operates its business from a leased location consisting of approximately 52,600 rentable square feet located at 6341-6371 San Ignacio Avenue in San Jose, California.

3.  The Debtor began as a revolutionary Original Design Manufacturer (ODM) focusing on commercializing its industry proven Adaptive Build On Target (ABOT) productization platform. The Debtor also solves the problem of semiconductor shortages by increasing manufacturing efficiency through its superior automated material handling system (AMHS) allowing it to address a growing $1.25-billion market with 6% Compound Annual Growth Rate (CAGR) projected through 2025 with only two dominant players.

4.  The Debtor specializes in highly-complex and precision-system engineering and assembly for Robotics, Automation, and Electro-Mechanical contract engineering / contract manufacturing (CE/CM) industries. The global CE/CM service market has grown significantly to cover technologies and sub-technologies *e.g.*, Semiconductor System and Sub-System assemblies, Battery System Assembly, Biomedical Devices, and Renewable Energy sectors.

5.  The hardware industry has witnessed a major transition wherein companies working in this industry outsource their manufacturing aspect to maintain a low cost while

3

accelerating their product time-to-market. Original equipment manufacturers (OEMs) utilize contract manufacturers to plunge into an untapped market in a cost-effective manner, and the market is segmented into high growth end markets and industry verticals.

6.     The Debtor has substantial CE/CM capabilities, including system design and engineering capabilities in complex machine and module development, as well as electro-mechanical expertise that includes cable, harness, and printed circuit board assembly (PCBA) design.  The Debtor also has substantial capabilities in prototyping and testing with respect to material engineering, design for manufacturing and testing, rapid new product introduction (NPI) specialty for first article inspection (FAI), specialty systems, and ramp-up, organizational breakdown structure (OBS) engineering, end-of-life (EOL) support, spare parts and repairing, and refurbishing, and application engineering and on-site support.

7.     While the Debtor does not have secured creditor debt, the Debtor accumulated an unmanageable amount of general unsecured debt prior to the bankruptcy case and thereby requires the use of the Bankruptcy Code to effectuate a restructuring of that prepetition debt.  The Debtor believes that it has a viable business to support this Plan of reorganization.

**B.   Liquidation Analysis**

One plan confirmation requirement is the "Best Interest Test," which requires a liquidation analysis.  Under the Best Interest Test, if a claimant or interest holder is in an impaired class and that claimant or interest holder does not vote to accept the Plan, then that claimant or interest holder must receive or retain under the Plan property of a value not less than the amount that such holder would receive or retain if the Debtor were liquidated under chapter 7 of the Bankruptcy Code.

In a chapter 7 case, the debtor's assets are usually sold by a chapter 7 trustee.  Secured creditors are paid first from the sales proceeds of properties on which the secured creditor has a lien.  Administrative claims are paid next.  Next, unsecured creditors are paid from any remaining sales proceeds, according to their rights to priority.  Unsecured creditors with the same priority share in proportion to the amount of their allowed claim in relationship to the amount of total

4

allowed unsecured claims. Finally, interest holders receive the balance that remains after all creditors are paid, if any.

For the Court to be able to confirm the Plan, the Court must find that all creditors and interest holders who do not accept the Plan will receive at least as much under the Plan as such holders would receive under a chapter 7 liquidation of the Debtor. The Debtor maintains that this requirement is clearly met.

The impaired classes under the Plan consist of classes 1 and 2. The Debtor must therefore satisfy the "best interest of creditors test" with respect to members of classes 1 and 2 that do not vote to accept the Plan.

Attached as **Exhibit 1** hereto, in balance sheet format, is a demonstration of the liquidation analysis in a hypothetical chapter 7 case if the case were to be converted to chapter 7 instead of the chapter 11 plan being confirmed. As shown in **Exhibit 1**, all creditors and interest holders will receive as much or more under the Plan as they would receive under a Chapter 7 liquidation of the Debtor. *See*, **Exhibit 1**. The hypothetical liquidation value of the Debtor is $1,424,591.80, and unsecured creditors are projected to receive 15 cents on the dollar in a Chapter 7 liquidation, which is substantially less than the 100 cents on the dollar that the Plan proposes to pay creditors.

The Debtor is analyzing potential avoidable preferential transfers (which are shown on its statement of financial affairs [Doc. No. 29, at pages 71-75], and the Debtor is investigating potential fraudulent transfer claims against the prepetition former owners and insiders. The Plan proposes to have these avoidance actions vest in the Debtor with the proceeds of avoidance actions to be used to pay general unsecured creditors. Therefore, whatever value may be attributed to these causes of action, currently marked as "unknown," will be the same in either a hypothetical chapter 7 liquidation or in the Plan, and the monetization of such litigation assets will be net neutral in the comparison of the liquidation analysis as against the Plan. Accordingly,

it is projected that creditors would receive less in a hypothetical chapter 7 liquidation compared to the Plan. Therefore, the Plan meets the requirements of the Best Interest Test.

**C.  Plan Payment Projections**

The Debtor's 31-month future plan projections are attached as **Exhibit 2** hereto.

**III.     TREATMENT OF CREDITORS' CLAIMS UNDER THE PLAN**

**A.  What Creditors Will Receive Under the Plan**

As required by the Bankruptcy Code, the Plan classifies certain claims and interests in various "classes" according to their right to priority and leaves other types of claims unclassified. Also, as required by the Bankruptcy Code, the Plan states whether each class of claims or interests is impaired or unimpaired and describes the treatment each class will receive.  A complete chart of all claims is attached as **Exhibit 5** to the Plan.

**1.  Unclassified Claims**

Certain types of claims are not placed into voting classes; instead they are unclassified. The Bankruptcy Code predetermines what type of treatment these claims will receive.  They are not considered impaired and they do not vote on the Plan because they are automatically entitled to specific treatment provided for them in the Bankruptcy Code.  As such, the Debtor has not placed the following claims in a class.

**a.  Administrative Expenses**

Administrative expenses are claims for costs or expenses of administering the Debtor's Bankruptcy Case that are allowed under Bankruptcy Code Section 507(a)(2).  The Bankruptcy Code requires that all administrative claims be paid on the Plan Effective Date unless a particular claimant agrees to a different treatment.

The following chart lists all of the Debtor's § 507(a)(2) administrative estate professional claims and their treatment under the Plan.

| Name | Amount Owed | Treatment |
|---|---|---|
| Clerk's Office Fees | $0 | Paid in full on the Effective Date |
| Levene, Neale, Bender, Yoo & Golubchik L.L.P. | $160,000 (est.) | Paid in full on the earlier of the Effective Date or |

| | | |
|---|---|---|
| ("LNBYG"), bankruptcy counsel to the Debtor | | entry of a court order approving fees and costs |
| Gina Klump, Subchapter V Trustee | $25,000 (est.) | Paid in full on the earlier of the Effective Date or entry of a court order approving fees and costs |
| Duane Clayton Roemmich, accountant to Debtor | $15,000 (est.) | Paid in full on the earlier of the Effective Date or entry of a court order approving fees and costs |
| B. Riley, Financial Advisor to the Debtor | $50,000 (est.) | Paid in full on the earlier of the Effective Date or entry of a court order approving fees and costs |
| **TOTAL** | **$250,000 (est.)** | **Paid in the manner described above** |

The Court must approve all professional fees and expenses listed in this chart before they may be paid. Professionals may agree to voluntarily defer payment over time. For all professional fees and expenses (except fees owing to the Clerk of the Bankruptcy Court), the professional in question must file and serve a properly noticed fee application and the Court must rule on the application. Only the amount of fees and expenses allowed by the Bankruptcy Court will be required to be paid under the Plan. The administrative claim amounts set forth above simply represent the Debtor's best estimates as to the amount of allowed administrative claims in the Bankruptcy Case. The actual administrative claims may be higher or lower. Much of whether the actual administrative claims described above for professionals will be dependent upon whether the Debtor is required to engage in any substantial litigation regarding the confirmation of the Plan and/or objecting to claims. To the extent the Debtor is required to engage in any such substantial litigation, the Debtor is likely to incur professional fees and expenses in excess (and possibly substantially in excess) of the figures set forth above. By voting to accept the Plan, creditors are not acknowledging the validity of, or consenting to the amount of, any of these administrative claims, and creditors are not waiving any of their rights to object to the allowance of any of these administrative claims. By including the figures described above, the

Debtor is not acknowledging the validity of, or consenting to the amount of, any of these administrative claims, and the Debtor is not waiving any of its rights to object to the allowance of any of these administrative claims.  Similarly, professionals who have been employed in the Bankruptcy Case are not being deemed to have agreed that the figures contained herein represent any ceiling on the amount of fees and expenses that they have incurred or are entitled to seek to be paid pursuant to Bankruptcy Court order as such fees and expenses are just estimates provided at the time of the preparation of the Plan.

To the extent administrative claims are allowed prior to the Effective Date, such allowed administrative claims may be paid by the Debtor out of the Debtor's funds provided the Debtor has sufficient funds to pay them.  To the extent administrative claims are allowed after the Effective Date, such allowed administrative claims will be paid by the Debtor.

**b.  Administrative Expense Claims Other than Estate Professionals**

In addition to estate professional administrative expense claims, the Debtor has incurred a post-petition administrative rent claim to its landlord.

To the extent administrative claims are allowed prior to the Effective Date, such allowed administrative claims may be paid by the Debtors out of the Debtor's funds provided the Debtor has sufficient funds to pay them.  To the extent administrative claims are allowed after the Effective Date, such allowed administrative claims will be paid by the Debtor.

The following chart lists all of the Debtor's § 507(a)(2) administrative claims (other than estate-professional-administrative-expense claims listed above) accruing and unpaid in the ordinary course of business and their treatment under the Plan.

| Name | Amount Owed | Treatment |
|---|---|---|
| MLC V SC – SAN IGNACIO, LLC (Lease with Commercial Real Property Landlord) | To the extent that the post-petition administrative rent has not already been paid prior to the Effective Date, it will be paid | If the lease is assumed, the claim will be paid by prompt cure in accordance with 11 U.S.C. § 365(a) within the first three months of the Effective Date |

| | | |
|---|---|---|
| | September 2024 to March 2025.<br><br>$737,170.28 prepetition cure amount to be paid in October 2024 to March 2025<br>(subject to revision on account of discussions between Debtor and Landlord and ongoing partial paydown payments) | |

### c. Priority Tax Claims

Prepetition priority tax claims include certain unsecured income, employment and other taxes described by Section 507(a)(8) of the Bankruptcy Code. Section 1129(a)(9)(C) of the Bankruptcy Code requires that each holder of such a Section 507(a)(8) priority tax claim receive regular installment payments of a total value, as of the Plan Effective Date, equal to the allowed amount of such allowed tax claims, over a period ending not later than five years after the Petition Date, and not less favorable than other creditors paid under the Plan. Interest rates on these claims are conclusively determined by applicable non-bankruptcy law as of the month that the Plan is confirmed. 11 U.S.C. § 511.

Under the Plan, all allowed Section 507(a)(8) priority tax claims will be paid in full on the Effective Date or as soon thereafter as is practicable.

A failure by the Debtor to make a payment on the priority tax claims pursuant to the terms of the Plan will be an event of default. The chart below indicates all priority tax claims which were either scheduled by the Debtor or asserted by the taxing agencies in timely filed proofs of claim. The inclusion of the claims in the chart below is intended simply to reflect the claims that have been scheduled and/or asserted in timely filed proofs of claim as priority tax claims, and is not intended to be a concession by the Debtor regarding the validity of the amount

of any such claims or the classification of such claims as priority tax claims under Section 507(a)(8) of the Bankruptcy Code.

| Claimant | Proof of Claim No. | Claim Amount |
|---|---|---|
| IRS | 5 | $3,141.00 |
| Cal. FTB | 10 | TBD |
| **TOTAL** | | **$3,141.00** |

Priority unsecured tax claims will be paid on the Effective Date, or as soon as reasonably practicable thereafter, in accordance with 11 U.S.C. § 1129(a)(9)(C) with applicable interest as allowed pursuant to 11 U.S.C. § 511, as set forth on **Exhibit 2** to the Plan

### 2. Classified Claims and Interests

#### a. Non-Tax Pre-Petition Priority Claims

Certain prepetition priority claims that are referred to in Bankruptcy Code Sections 507(a)(4), (5), (6), and (7) are required to be placed in classes. These types of claims are entitled to priority treatment under the Bankruptcy Code as each holder of such an allowed claim must receive cash on the Effective Date equal to the allowed amount of such claim. However, the holder of such an unsecured priority claim may agree to accept deferred cash payments of a value, as of the Effective Date, equal to the allowed amount of such claim. The below chart summarizes the priority non-tax claims and whether the Debtor is considering an objection at this time. The Plan proposes to pay these claims (to the extent allowed) in full on the Plan Effective Date:

| Type | Claim No. | Creditor | Objection | Claim Amount |
|---|---|---|---|---|
| Priority Wage Claims (11 U.S.C. § 507(a)(4)) | 39 | Grace Son | None | $5,063.91 |
| Priority Wage Claims (11 U.S.C. § 507(a)(4)) | 31 | Alejandro Cota | None | $999.96 |
| Priority Wage Claims (11 U.S.C. § 507(a)(4)) | 27 | Lynn Ward | None | $630.00 |
| Priority Wage Claims (11 U.S.C. § 507(a)(4)) | 23 | Tim Lenihan | Settled | $10,000.00 |
| 20-day goods vendor claim (11 U.S.C. § 507(a)(2)) | 17 | Cintas | None | $181.65 |

**b. Classes of General Unsecured Claims**

General unsecured claims are unsecured claims not entitled to priority under Bankruptcy Code Section 507(a). The following chart identifies the Plan's treatment of the class containing all of the Debtor's non-priority general unsecured claims (see the Claims Chart for detailed information about each general unsecured claim):

[remainder of page intentionally left blank]

| CLASS # | DESCRIPTION | INSIDER IMPAIRED VOTING | TREATMENT |
|---|---|---|---|
| 1 | All general unsecured claims of the Debtor not included in any other class.<br><br>Total amount of Class 1 claims is $2,268,387.71<br><br>(estimated and subject to claim objections)<br><br>The Claims Chart attached as **Exhibit 3** to the Plan shows all claims which were scheduled by the Debtor and all proofs of claim which have been filed against the Debtor that are in Class 1. | Mostly non-insiders (but includes some insiders)<br><br>Impaired.<br><br>Entitled to vote. | Class 1 will be paid commencing in the first month of the Plan, estimated at September 2024, and payments to be spread over 36 months.<br><br>Class 1 allowed claim will receive a cash payment equal to its prorated share of the Debtor's net projected disposable income (the "Net Projected Disposable Income") until paid in full, and upon confirmation of the Plan, the amount of set forth on **Exhibit 2** to the Plan, shall be and is conclusively determined to be the net projected disposable income pursuant to 11 U.S.C. § 1191.<br><br>The intent is to pay the Class 1 claims 100 cents on the dollar.<br><br>See immediately below for additional details. |

**Additional Details Re Class 1 Treatment:**

Class 1 shall receive the Net Projected Disposable Income.

11

Payment to Class 1 shall be made by the Debtor on a monthly basis as set forth on **Exhibit 2** to the Plan.

Class 1 will not receive interest on their claims.

The Debtor may prepay the Net Projected Disposable Income to Class 1 at any time without prepayment penalty.

If checks are in amounts of less than $50, such checks may be deferred until the next payment until the aggregate due to such creditor is in an amount of at least $50.

Attached as **Exhibit 3** to the Plan is a listing of the name and dollar amount of the Class 1 allowed claims expected to be paid by the Debtor pursuant to the terms of the Plan, and the estimated prorated recovery for Class 1. (Two creditors listed small amounts of their claims as secured – Corodata at $442.22, and John F. Bradley, Esq. at $1,182.26. Both claims are included in Class 1 as unsecured, and Debtor is investigating the basis for the secured claim.)

| CLASS # | DESCRIPTION | INSIDER IMPAIRED VOTING | TREATMENT |
|---------|-------------|--------------------------|-----------|
| 2 | PHC Korea.<br><br>Total amount of Class 2 claims is $4,470,000<br><br>Pursuant to prepetition contract terms, if PHC Korea does not receive payment of $4,470,000 by a certain date, then it has the option to convert its claim into a percentage of ownership of Debtor's parent company, BSC Investment Group according to the terms of that prepetition contract. | Non-insider<br><br>Impaired.<br><br>Entitled to vote. | By way of the Plan, PHC Korea (Class 2) is provided the option of having its debt paid in a total amount of $4,470,000 on a monthly basis in full and final satisfaction of its claim, or convert its claim to equity in BSC Investment Group in accordance with the terms of the prepetition contract.<br><br>Payment intervals to Class 2 are as set forth on Exhibit 2 to the Plan, starting in November 2024 and ending in September 2027 for full repayment. |

**Additional Details Re Class 2 Treatment:**

Payment to Class 2 shall be made by the Debtor on a monthly basis as set forth on **Exhibit 2** to the Plan.

Class 2 will not receive interest on its claims.

The Debtor may prepay Class 2 at any time without prepayment penalty.

If checks are in amounts of less than $50, such checks may be deferred until the next payment until the aggregate due to such creditor is in an amount of at least $50.

### c. Class of Interest Holders

Interest holders are the parties who hold an ownership interest (i.e., equity interest) in the Debtor. In compliance with 11 U.S.C. § 1123(a)(6), the Debtor's charter, bylaws, and/or operating agreement will be amended to provide for the inclusion of a provision prohibiting the

issuance of nonvoting equity securities, and providing, as to the several classes of securities possessing voting power, an appropriate distribution of such power among classes.

The following chart identifies the Plan's treatment of the class of interest holders:

| CLASS # | DESCRIPTION | INSIDER IMPAIRED VOTING | TREATMENT |
|---------|-------------|-------------------------|-----------|
| 3 | Equity Interest Holders<br><br>Existing Shareholders in Debtor as of the date of the filing of this Plan:<br><br>BSC Investment Group (100%) | Includes insiders.<br><br>Unimpaired.<br><br>Deemed to have accepted the plan by operation of law. | The Class 3 Equity Interest Holders will retain their equity interests. |

**B. Means of Effectuating and Implementing the Plan**

    **1. Funding for the Plan**

The Plan will be funded with the Debtor's cash on hand on the Plan Effective Date, continued business operations, capital infusions from equity holder BSC, and post-petition financing approved by the Court (*see*, ECF 81, interim financing order). The Debtor's plan projections of future income are attached as **Exhibit 2** to the Plan.

    **2. Composition of the Debtor After the Effective Date**

After the Effective Date, the Debtor shall be known as the "Debtor."

    **3. Post-Confirmation Management and Compensation**

The Debtor will be managed by Ali Bushehri. and current CEO and President of the Debtor and compensated at the rate of $240,000 per year.

    **4. Disbursing Agent**

14

If the Plan is confirmed pursuant to 11 U.S.C. § 1191(a), the Debtor will act as the disbursing agent under the Plan. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Debtor (and not the Trustee) will act as the disbursing agent under the Plan and submit a quarterly report to the Trustee, within 45 days after the end of each quarter, detailing the payees and amounts of payment to creditors under the Plan with bank statements as proof of payment. The Debtor will not charge any disbursing agent fee for making the Plan distributions.

### 5. Objections to Claims

The Debtor, as the case may be, will file objections to all claims that are inconsistent with the Debtor's books and records or are otherwise objectionable to the Debtor unless the Debtor deems the inconsistency to be insignificant. With respect to disputed claims that are not resolved prior to the Plan Effective Date, the Debtor will have the authority, in its sole discretion, and in the reasonable exercise of its business judgment, to settle or compromise any disputed claim without further notice or Court approval. As provided by Section 502(c) of the Bankruptcy Code, the Bankruptcy Court may estimate any contingent or unliquidated disputed claim for purposes of confirmation of the Plan. As of the Effective Date, the Debtor shall have the sole authority and standing to file any objections to claims following the confirmation of the Plan, and the Court shall retain jurisdiction over the Debtor, and the Bankruptcy Case to resolve such objections to claims following the confirmation of the Plan. Nothing contained in the Plan shall constitute a waiver or release by the Debtor of any rights of setoff or recoupment, or of any defense, the Debtor may have with respect to any claim. The deadline for filing claims objections shall be 180 days after the Plan Effective Date.

### 6. Avoidance Actions, Strong Arm Powers, and Causes of Action

All avoidance actions and strong-arm powers of a trustee under chapter 5 of the Bankruptcy Code, shall irrevocably vest in the Debtor and be transferred in total to the Debtor

15

upon confirmation of the Plan, with sole authority, control, and standing held by the Debtor. The deadline for filing avoidance actions under chapter 5 of the Bankruptcy Code shall be December 28, 2025. The deadline for the Debtor to file any non-avoidance action shall be the later of (i) the statute of limitations for such cause of action and (ii) two years after the Petition Date. Regardless of whether they are listed on the Debtor's bankruptcy schedules of assets or specified in the Plan, all causes of action owned by the Debtor shall vest in the Debtor unless specifically settled with such settlement approved by order of the Bankruptcy Court prior to confirmation of the Plan.

**7. Employment of Professionals by the and Payment of Professional Fees and Expenses After the Effective Date**

On and after the Effective Date, the Debtor shall have the right to employ and compensate professionals as the Debtor determines is appropriate and to compensate any such professionals without the need for any further order of the Bankruptcy Court. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), then the Trustee's duties will continue post-confirmation until the last payment under the Plan is completed. In the event that the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Debtor (in consultation with the Trustee on this issue), anticipates that the Trustee's post-confirmation duties will primarily include responding to creditor questions and reviewing post-confirmation quarterly reports (and, if the Debtor makes a motion to modify the plan, appearing at the hearing thereon); the Trustee's total fees for these post-confirmation services will be in the range of $3,000 to $5,000. The Debtor has accounted for the Trustee' post-confirmation fees within its regular "legal and professional service" line item in the plan projections attached as **Exhibit 2** to the Plan.

**8. Distributions to Be Made Pursuant to the Plan**

Except as otherwise agreed to by the Debtor in writing, distributions to be made to holders of allowed claims pursuant to the Plan may be delivered by regular mail, postage prepaid, to the address shown in the Debtor's schedules, as they may from time to time be amended in accordance with Bankruptcy Rule 1009, or, if a different address is stated in a proof of claim duly filed with the Bankruptcy Court, to such address. Checks issued to pay allowed claims shall be null and void if not negotiated within sixty (60) days after the date of issuance thereof.

## 9.  Exculpations and Releases

To the maximum extent permitted by law, neither the Debtor, the Debtor, their management, nor any of their professionals employed or retained by any of them, whether or not by Bankruptcy Court order, shall have or incur any liability to any person or entity for any act taken or omission made in good faith in connection with or related to the formulation and implementation of the Plan, or a contract, instrument, release, or other agreement or document created in connection therewith, the solicitation of acceptances for or confirmation of the Plan, or the consummation and implementation of the Plan and the transactions contemplated therein, including the distribution of estate funds, except for willful misconduct or gross negligence

## 10. Injunctions

Except as otherwise provided in the Plan, the obligations to creditors that Debtor undertakes in the confirmed Plan replace those obligations to creditors that existed prior to the Effective Date of the Plan.  Debtor's obligations under the confirmed Plan constitute binding contractual promises that, if not satisfied through performance of the Plan, create a basis for an action for breach of contract under California law.  To the extent a creditor retains a lien under the Plan, that creditor retains all rights provided by such lien under applicable non-Bankruptcy law.

The confirmed Plan is binding on every creditor whose claims are provided for in the Plan. Therefore, even though the automatic stay terminates on the Effective Date with respect to secured claims, no creditor may take any action to enforce either the pre-confirmation obligation or the obligation due under the Plan, so long as Debtor is not in material default under the Plan, except as otherwise provided in the Plan.

All creditors and parties in interest who are presented with a copy of the Plan Confirmation Order are charged with actual knowledge of the injunction and with actual knowledge that the injunction is applicable to said creditor and/or party in interest ("Actual Knowledge"), such that it is impossible for said creditor and/or party in interest to have a good faith belief that the injunction does not apply to said creditor's and/or party in interest's claim or cause of action. Accordingly, any creditor and/or party in interest charged with such Actual

17

Knowledge may be held in contempt for violating the injunction, which contempt proceeding may include the Debtor's request for reasonable attorneys' fees and costs for enforcing the injunction.

### 11. Executory Contracts and Unexpired Leases

To the extent not already assumed or rejected, on the Effective Date, the Debtor will assume the executory contracts and unexpired leases set forth on **Exhibit 4** to the Plan with the cure amount set forth on that exhibit. The Debtor may add, remove, or modify the list of leases and contracts for assumption and rejection with a regularly scheduled motion on 28 days' notice by the Plan Hearing date. On the Effective Date, all of the Debtor's remaining executory contracts and unexpired leases which have not previously been assumed or rejected by the Debtor shall be deemed to be rejected by the Debtor effective as of 11:59 PST on the Plan Effective Date. **THE BAR DATE FOR FILING A PROOF OF CLAIM BASED ON A CLAIM ARISING FROM THE REJECTION OF AN UNEXPIRED LEASE OR EXECUTORY CONTRACT WHICH IS REJECTED ON THE PLAN EFFECTIVE DATE WILL BE THIRTY DAYS AFTER THE PLAN EFFECTIVE DATE.** Any claim resulting from the Debtor's rejection of an unexpired lease or executory contract will be barred if the proof of claim is not timely filed, unless the Court orders otherwise. Any allowed claim resulting from the Debtor's rejection of an unexpired lease or executory contract will constitute a class 1 allowed claim. Any allowed claim resulting from the Debtor's rejection of an unexpired lease or executory contract will be subject to the limitations set forth in 11 U.S.C. § 502(b) and other applicable sections of the Bankruptcy Code.

### 12. Changes in Rates Subject to Regulatory Commission Approval

The Debtor is not subject to governmental regulatory commission approval of its rates.

### 13. Retention of Jurisdiction

After confirmation of the Plan and occurrence of the Plan Effective Date, the bankruptcy court may exercise jurisdiction over proceedings concerning: (i) whether Debtor is in material default of any Plan obligation; (ii) whether the time for performing any Plan obligation should be extended; (iii) adversary proceedings and contested matters pending as of the Effective Date

or specifically contemplated in this Plan to be filed in this court; (iv) whether the case should be dismissed or converted to one under Chapter 7; (v) any objections to claims; (vi) compromises of controversies under Rule 9019 of the Federal Rules of Bankruptcy Procedure; (vii) compensation of professionals; and (viii) other questions regarding the interpretation and enforcement of the Plan.

### IV.    **EFFECT OF CONFIRMATION OF THE PLAN**

#### A. **Discharge.**

If the Plan is confirmed pursuant to 11 U.S.C. § 1191(a), the Debtor shall receive a discharge of its debts pursuant to 11 U.S.C. § 1141(d) on the Effective Date. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Debtor shall receive a discharge pursuant to 11 U.S.C. §§ 1192 and 1141(d), as soon as practicable after the Debtor has completed payment to the Classes for which the Plan was confirmed pursuant to 11 U.S.C. § 1191(b).

#### B. **Modification of the Plan.**

The Debtor may modify the Plan at any time before confirmation. However, the Bankruptcy Court may require re-voting on the Plan if the Debtor modifies the Plan before confirmation in a manner that materially and adversely affects a creditor or interest holder that had voted in favor of the Plan. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(a), the Debtor may seek to modify the Plan at any time after confirmation of the Plan so long as (1) the Plan has not been substantially consummated, (2) circumstances warrant the modification, and (3) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Debtor may seek to modify the Plan during the life of the Plan as fixed by the Court, so long as (1) the modified plan still meets the requirements of 11 U.S.C. § 1191(b), (2) circumstances warrant the modification, and (3) the Bankruptcy Court authorizes the proposed modifications after notice and a hearing.

#### C. **Post-Confirmation Status Reports.**

Until a final decree closing the Bankruptcy Case is entered, the Post-Confirmation Debtor will file quarterly post-confirmation status reports with the Bankruptcy Court explaining what progress has been made toward consummation of the confirmed Plan. Even if the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Debtor, and not the Trustee, will file the post-confirmation quarterly reports.

If the Plan is confirmed pursuant to 11 U.S.C. § 1191(a), the projected substantial consummation date will be when the administrative expense claims are approved and paid. If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the projected substantial consummation date will be when all Plan payments are completed. Nothing in the Plan waives the requirement that Debtor file a notice that substantial consummation of the Plan has occurred.

### D. Post-Confirmation Conversion/Dismissal.

A creditor or any other party in interest may bring a motion to convert or dismiss the Bankruptcy Case under Section 1112(b) of the Bankruptcy Code after the Plan is confirmed, but before the final decree is entered, if there is a default in performing the Plan. If the Bankruptcy Court orders the Bankruptcy Case converted to chapter 7 after the Plan is confirmed, then all property that had been property of the Debtor's chapter 11 estate that has not been disbursed pursuant to the Plan will revest in the chapter 7 estate, and the automatic stay will be reimposed upon the revested property, but only to the extent that relief from stay was not previously authorized by the Bankruptcy Court during the Bankruptcy Case. The Plan Confirmation Order may also be revoked under very limited circumstances. The Bankruptcy Court may revoke the Plan Confirmation Order if it was procured by fraud and if a party in interest brings an adversary proceeding to revoke confirmation before 180 days after the entry of the Plan Confirmation Order pursuant to 11 U.S.C. § 1144. The Plan is a contract between the Debtor, on the one hand, and creditors on the other hand, and this Plan specifically includes this contractual provision: If the Debtor successfully defends against an adversary proceeding or other lawsuit to revoke discharge, revoke the Plan Confirmation Order, or otherwise alleges plan confirmation by fraud,

then Debtor may request an award and recovery of reasonable attorneys' fees and costs against any such plaintiff.

### E. __Final Decree.__

Once this estate has been fully administered as referred to in Bankruptcy Rule 3022, the Debtor will file a motion with the Bankruptcy Court to obtain a final decree to close the Bankruptcy Case. The Debtor will be responsible for the timely payment of all fees incurred pursuant to 28 U.S.C. § 1930(a)(6). If the Plan is confirmed pursuant to 11 U.S.C. § 1191(b), the Debtor (and not the Trustee) will file final reports, accounts, and motion for final decree.

[signatures on following page]

[remainder of page left intentionally blank]

Presented By:

LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.

By: _/s/ John-Patrick M. Fritz_
      RON BENDER
      JOHN-PATRICK M. FRITZ
      Attorneys for Chapter 11
      Debtor and Plan Proponent

BRITELAB, INC.

By: _____
      Ali Bushehri
      Chief Executive Officer

# EXHIBIT "1"

**BriteLab, Inc.**
**Plan Exhibit 1 - Hypothetical Liquidation Analysis**

| Assets | Book Value | Liquidation Discount | Chapter 7 Realization |
|---|---|---|---|
| Cash on hand (as of March 26, 2024) | $127,000.00 | 0% | $127,000.00 |
| Accounts Receivable  (as of  March 26, 2024) | $2,116,653.00 | 40% | $1,269,991.80 |
| Security Deposits as Tenant | $112,000.00 | 100% | $0.00 |
| Secuirty Deposits as Sub-landlord | $0.00 | 0% | $0.00 |
| Office furniture and equipment | $552,000.00 | 95% | $27,600.00 |
| Litigation claims against former insiders | unknown | unknown | unknown |
| Goodwill | unknown | 100% | $0.00 |
| **Total** | | | **$1,424,591.80** |
| | | | |
| Less: Chapter 7 Trustee fees and expenses | | | -$74,479.59 |
| Less: Chapter 7 Legal and Accounting Fees | | | -$26,000.00 |
| Less: Chapter 11 Professional Fees | | | -$225,000.00 |
| Less: Subchapter V Trustee Fees | | | -$25,000.00 |
| Less: Priority tax claims | | | -$3,141.00 |
| Less: Priority non-tax claims | | | |
| | | | |
| **Estimated amout for allowed general unsecured claims** | | | **$1,070,971.21** |
| **Total dollar amount of general unsecured claims** | | | **$7,199,293.00** |
| **Estimated percentage dividend** | | | **15%** |

# EXHIBIT "2"

**Y2024 CASHFLOW PROJECTION (Updated 06/30/2024)**

Actual: JAN '24 – JUL '24 — PLAN EFFECTIVE DATE SEPTEMBER 2024: AUG '24 – DEC '24

| TYPE | DESCRIPTION / MONTH | JAN '24 | FEB '24 | MAR '24 | APR '24 | MAY '24 | JUN '24 | JUL '24 | AUG '24 | SEP'24 | OCT '24 | NOV '24 | DEC '24 | 2024 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | Revenue Projection | | | | | | | | 206,402 | 233,416 | 659,744 | 1,383,156 | 1,634,363 | 4,117,081 |
| | | | | | | | | | | | | | | |
| **BEGINNING CASH** | BEGINNING BALANCE | 92,245 | 29,584 | 168,706 | 44,224 | 143,676 | (6,078) | (1,419) | 11,784 | 19,934 | 105,900 | 29,420 | 19,579 | 92,245 |
| **CASH IN** | AR: Customers | 534,102 | 553,572 | 366,109 | 770,520 | 316,458 | 150,881 | 165,761 | 315,122 | 528,014 | 724,478 | 1,238,474 | 1,584,122 | 7,247,611 |
| | Loan (Borowing) | | | | | | | | | | | | | 0 |
| | PO Borrowing | | | | | | | | | 270,495 | 567,094 | 670,089 | 767,739 | 2,275,416 |
| | AR Borrowing | | | | | | | | | 448,812 | 615,806 | 1,052,702 | 1,346,503 | 3,463,824 |
| | BSC | | | | | 195,000 | | | | | | | | 195,000 |
| | **TOTAL CASH IN** | 626,347 | 583,156 | 534,814 | 814,744 | 460,134 | 339,803 | 164,342 | 326,906 | 1,267,254 | 2,013,279 | 2,990,685 | 3,717,943 | 13,274,096 |
| | | | | | | | | | | | | | | |
| **CASH OUT - OPERATING ACTIVITIES** | AP & (COD/CIA) Material Purchases | 57,257 | 8,062 | 11,345 | 89,766 | 31,893 | 15,328 | 4,879 | 23,342 | 270,495 | 567,094 | 670,089 | 767,739 | 2,517,288 |
| | PO Payback | | | | | | | | | | 270,495 | 567,094 | 670,089 | 1,507,678 |
| | AR Payback | | | | | | | | | | 359,049 | 582,407 | 965,323 | 1,906,780 |
| | PO and AR Financing Cost | | | | | | | | | | 0 | 18,849 | 35,259 | 54,108 |
| | Bldg Rent/CAM | 0 | 30,000 | 60,000 | 90,000 | 90,000 | 0 | 0 | 0 | 190,614 | 370,464 | 289,635 | 289,635 | 1,410,348 |
| | Payroll | 411,566 | 280,739 | 328,397 | 354,806 | 262,400 | 230,552 | 122,103 | 220,000 | 455,000 | 300,000 | 340,000 | 400,000 | 3,705,564 |
| | Benefit | 49,260 | 52,216 | 49,401 | 48,572 | 45,151 | 48,719 | 4,104 | 41,580 | 135,995 | 56,700 | 64,260 | 75,600 | 671,559 |
| | Commission/Incentive | 0 | 0 | 0 | 21,469 | 0 | 0 | 0 | 0 | 0 | 0 | 123,847 | 158,412 | 303,728 |
| | Tools & Supplies | 152 | 162 | 31 | 843 | 481 | 53 | 311 | 300 | 4,000 | 5,000 | 5,000 | 5,000 | 21,333 |
| | R&D: Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Office Expenses | 0 | 0 | 5,028 | 5,365 | 6,612 | 1,094 | 673 | 1,000 | 2,500 | 9,000 | 10,000 | 10,000 | 51,273 |
| | Legal & Professional Service | 5,000 | 12,550 | 9,075 | 18,439 | 4,000 | 3,345 | 7,200 | 7,000 | 12,000 | 15,000 | 62,000 | 65,500 | 221,109 |
| | IT Software & Service | 7,791 | 9,111 | 10,170 | 13,148 | 13,680 | 5,593 | 4,200 | 4,500 | 5,000 | 5,000 | 5,000 | 5,000 | 88,193 |
| | Insurance Installment | 12,776 | 0 | 6,346 | 10,794 | 3,096 | 10,379 | 3,250 | 3,250 | 3,250 | 3,250 | 3,100 | 9,097 | 68,588 |
| | S&M/T&E | 33,613 | 13,819 | 7,492 | 10,749 | 6,974 | 17,544 | 4,563 | 5,000 | 10,000 | 10,000 | 16,700 | 16,700 | 153,154 |
| | Loan Payback | | | | | | | | | 0 | | | | 0 |
| | Facilities/OH | 0 | 0 | 305 | 6,537 | 0 | 7,702 | 1,275 | 1,000 | 2,500 | 3,000 | 20,262 | 18,267 | 60,848 |
| | Others | 19,348 | 7,790 | 3,000 | 579 | 1,926 | 913 | 0 | 0 | 70,000 | 0 | 6,500 | 6,500 | 116,556 |
| | **TOTAL CASH OUT - OPERATING ACTIVITIES** | 596,763 | 414,450 | 490,590 | 671,067 | 466,213 | 341,222 | 152,558 | 306,972 | 1,161,354 | 1,974,052 | 2,784,744 | 3,498,121 | 12,858,106 |
| | | | | | | | | | | | | | | |
| | **CASH BALANCE** | 29,584 | 168,706 | 44,224 | 143,676 | (6,078) | (1,419) | 11,784 | 19,934 | 105,900 | 39,227 | 205,941 | 219,822 | 415,990 |
| | | | | | | | | | | | | | | |
| **CREDITORS** | Class 1 ($2.57MM + $273,500 WCP) | | | | | | | | | 21,515 | 9,807 | 13,985 | 29,955 | 75,262 |
| | Priority IRS Taxes | | | | | | | | | 3,141 | | | | 3,141 |
| | Priority PTO Claims | | | | | | | | | 6,700 | | | | 6,700 |
| | Chapter 11 Professionals | | | | | | | | | | | 150,000 | 100,000 | 250,000 |
| | Tim Lenihan Settlement | | | | | | | | | 10,000 | | | | 10,000 |
| | Class 2 ($4.47MM) | | | | | | | | | | | 22,376 | 47,929 | 70,305 |
| | **Total Creditors and Loan** | | | | | | | | 0 | | 9,807 | 186,361 | 177,884 | 374,052 |
| | | | | | | | | | | | | | | |
| | **ENDING CASH** | 29,584 | 168,706 | 44,224 | 143,676 | (6,078) | (1,419) | 11,784 | 19,934 | 105,900 | 29,420 | 19,579 | 41,938 | 415,990 |

# Y2025 CASHFLOW PROJECTION

| TYPE | DESCRIPTION / MONTH | JAN '25 | FEB '25 | MAR '25 | APR '25 | MAY '25 | JUN '25 | JUL '25 | AUG '25 | SEP '25 | OCT '25 | NOV '25 | DEC '25 | 2025 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | Revenue Projection | 1,872,533 | 2,100,000 | 2,163,000 | 2,227,890 | 2,272,448 | 2,317,897 | 2,364,255 | 2,411,540 | 2,459,771 | 2,508,966 | 2,559,145 | 2,610,328 | 27,867,772 |
| | | | | | | | | | | | | | | |
| BEGINNING CASH | BEGINNING BALANCE | 41,938 | 52,678 | 62,642 | 46,739 | 93,264 | 111,575 | 118,199 | 104,941 | 112,799 | 118,694 | 130,270 | 143,462 | 41,938 |
| CASH IN | AR: Customers | 1,824,899 | 2,054,507 | 2,150,400 | 2,214,912 | 2,263,536 | 2,308,807 | 2,354,983 | 2,402,083 | 2,450,124 | 2,499,127 | 2,549,109 | 2,600,092 | 27,672,579 |
| | Loan (Borrowing) | | | | | | | | | | | | | 0 |
| | PO Borrowing | 861,000 | 886,830 | 913,435 | 931,704 | 950,338 | 969,344 | 988,731 | 1,008,506 | 1,028,676 | 1,049,250 | 1,070,235 | 1,086,288 | 11,744,336 |
| | AR Borrowing | 1,551,164 | 1,746,331 | 1,827,840 | 1,882,675 | 1,924,006 | 1,962,486 | 2,001,736 | 2,041,770 | 2,082,606 | 2,124,258 | 2,166,743 | 2,210,078 | 23,521,692 |
| | BSC | | | | | | | | | | | | | 0 |
| | TOTAL CASH IN | 4,279,001 | 4,740,346 | 4,954,317 | 5,076,030 | 5,231,144 | 5,352,213 | 5,463,649 | 5,557,300 | 5,674,205 | 5,791,329 | 5,916,357 | 6,039,919 | 62,980,545 |
| | | | | | | | | | | | | | | |
| | MONTH | JAN '25 | FEB '25 | MAR '25 | APR '25 | MAY '25 | JUN '25 | JUL '25 | AUG '25 | SEP '25 | OCT '25 | NOV '25 | DEC '25 | TOTAL |
| CASH OUT - OPERATING ACTIVITIES | AP & (COD/CIA) Material Purchases | 767,739 | 861,000 | 886,830 | 913,435 | 931,704 | 950,338 | 969,344 | 988,731 | 1,008,506 | 1,028,676 | 1,049,250 | 1,070,235 | 11,425,787 |
| | PO Payback | 767,739 | 861,000 | 886,830 | 913,435 | 931,704 | 950,338 | 969,344 | 988,731 | 1,008,506 | 1,028,676 | 1,049,250 | 1,070,235 | 11,425,787 |
| | AR Payback | 1,287,743 | 1,510,232 | 1,707,297 | 1,811,538 | 1,871,708 | 1,915,740 | 1,954,790 | 1,993,886 | 2,033,763 | 2,074,439 | 2,115,927 | 2,158,246 | 22,435,310 |
| | PO and AR Financing Cost | 48,591 | 60,216 | 69,182 | 75,052 | 78,629 | 80,800 | 82,581 | 84,251 | 85,936 | 87,655 | 89,408 | 91,196 | 933,496 |
| | Bldg Rent/CAM | 291,281 | 282,110 | 260,093 | 84,401 | 84,401 | 84,401 | 84,401 | 84,401 | 84,401 | 86,912 | 86,912 | 86,912 | 1,600,625 |
| | Payroll | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 450,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 5,700,000 |
| | Benefit | 85,050 | 85,050 | 85,050 | 85,050 | 85,050 | 85,050 | 94,500 | 94,500 | 94,500 | 94,500 | 94,500 | 94,500 | 1,077,300 |
| | Commission/Incentive | 182,490 | 205,451 | 215,040 | 221,491 | 226,354 | 230,881 | 235,498 | 240,208 | 245,012 | 249,913 | 254,911 | 260,009 | 2,767,258 |
| | Tools & Supplies | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 66,000 |
| | R&D: Expense | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 1,800,000 |
| | Office Expenses | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 |
| | Legal & Professional Service | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 360,000 |
| | IT Software & Service | 5,500 | 6,000 | 6,500 | 7,000 | 7,500 | 8,000 | 8,500 | 9,000 | 9,500 | 10,000 | 10,000 | 10,000 | 97,500 |
| | Insurance Installment | 0 | 0 | 13,645 | 0 | 0 | 13,645 | 0 | 0 | 13,645 | 0 | 0 | 13,645 | 54,582 |
| | S&M/T&E | 20,000 | 20,000 | 20,000 | 25,000 | 25,000 | 25,000 | 30,000 | 30,000 | 30,000 | 35,000 | 35,000 | 35,000 | 330,000 |
| | Loan Payback | | | | | | | | | | | | | 0 |
| | Facilities/OH | 20,859 | 18,809 | 18,809 | 20,859 | 18,809 | 18,809 | 20,859 | 18,809 | 18,809 | 20,859 | 18,809 | 18,809 | 233,907 |
| | Others | 6,500 | 6,500 | 6,500 | 7,300 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 90,300 |
| | TOTAL CASH OUT - OPERATING ACTIVITIES | 4,128,491 | 4,561,368 | 4,820,777 | 4,809,561 | 4,912,358 | 5,014,501 | 5,163,818 | 5,235,017 | 5,335,079 | 5,419,129 | 5,506,466 | 5,611,287 | 60,517,850 |
| | | | | | | | | | | | | | | |
| | CASH BALANCE | 150,509 | 178,978 | 133,540 | 266,469 | 318,786 | 337,712 | 299,831 | 322,283 | 339,126 | 372,200 | 409,891 | 428,633 | 2,462,695 |
| | | | | | | | | | | | | | | |
| CREDITORS | Class 1 ($2.57MM + $273,500 WCP) | 37,627 | 44,745 | 33,385 | 66,617 | 79,697 | 84,428 | 74,958 | 80,571 | 84,782 | 93,050 | 102,473 | 107,158 | 889,490 |
| | Priority IRS Taxes | | | | | | | | | | | | | |
| | Priority PTO Claims | | | | | | | | | | | | | |
| | Chapter 11 Professionals | | | | | | | | | | | | | |
| | Tim Lenihan Settlement | | | | | | | | | | | | | |
| | Class 2 ($4.47MM) | 60,204 | 71,591 | 53,416 | 106,588 | 127,515 | 135,085 | 119,933 | 128,913 | 135,651 | 148,880 | 163,956 | 171,453 | 1,423,184 |
| | Total Creditors and Loan | 97,831 | 116,336 | 86,801 | 173,205 | 207,211 | 219,513 | 194,890 | 209,484 | 220,432 | 241,930 | 266,429 | 278,611 | 2,312,673 |
| | | | | | | | | | | | | | | |
| | ENDING CASH | 52,678 | 62,642 | 46,739 | 93,264 | 111,575 | 118,199 | 104,941 | 112,799 | 118,694 | 130,270 | 143,462 | 150,022 | |

# Y2026 CASHFLOW PROJECTION

| TYPE | DESCRIPTION / MONTH | JAN '26 | FEB '26 | MAR '26 | APR '26 | MAY '26 | JUN '26 | JUL '26 | AUG '26 | SEP '26 | OCT '26 | NOV '26 | DEC '26 | 2026 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | Revenue Projection | 2,649,483 | 2,689,225 | 2,729,564 | 2,770,507 | 2,812,065 | 2,854,246 | 2,897,059 | 2,940,515 | 2,984,623 | 3,029,392 | 3,074,833 | 3,120,956 | 34,552,470 |
| | | | | | | | | | | | | | | |
| BEGINNING CASH | BEGINNING BALANCE | 150,022 | 96,568 | 83,722 | 79,355 | 89,975 | 101,573 | 106,251 | 91,597 | 98,409 | 101,731 | 115,959 | 129,183 | 150,022 |
| CASH IN | AR: Customers | 2,641,652 | 2,681,277 | 2,721,496 | 2,762,319 | 2,803,753 | 2,845,810 | 2,888,497 | 2,931,824 | 2,975,802 | 3,020,439 | 3,065,745 | 3,111,731 | 34,450,344 |
| | Loan (Borrowing) | | | | | | | | | | | | | 0 |
| | PO Borrowing | 1,102,582 | 1,119,121 | 1,135,908 | 1,152,947 | 1,170,241 | 1,187,794 | 1,205,611 | 1,223,695 | 1,242,051 | 1,260,682 | 1,279,592 | 1,298,786 | 14,379,010 |
| | AR Borrowing | 2,245,404 | 2,279,085 | 2,313,272 | 2,347,971 | 2,383,190 | 2,418,938 | 2,455,222 | 2,492,051 | 2,529,431 | 2,567,373 | 2,605,883 | 2,644,972 | 29,282,793 |
| | BSC | | | | | | | | | | | | | 0 |
| | TOTAL CASH IN | 6,139,660 | 6,176,051 | 6,254,397 | 6,342,591 | 6,447,160 | 6,554,115 | 6,655,581 | 6,739,168 | 6,845,693 | 6,950,224 | 7,067,179 | 7,184,671 | 78,262,169 |
| | | | | | | | | | | | | | | |
| | MONTH | JAN '26 | FEB '26 | MAR '26 | APR '26 | MAY '26 | JUN '26 | JUL '26 | AUG '26 | SEP '26 | OCT '26 | NOV '26 | DEC '26 | TOTAL |
| CASH OUT - OPERATING ACTIVITIES | AP & (COD/CIA) Material Purchases | 1,086,288 | 1,102,582 | 1,119,121 | 1,135,908 | 1,152,947 | 1,170,241 | 1,187,794 | 1,205,611 | 1,223,695 | 1,242,051 | 1,260,682 | 1,279,592 | 14,166,513 |
| | PO Payback | 1,086,288 | 1,102,582 | 1,119,121 | 1,135,908 | 1,152,947 | 1,170,241 | 1,187,794 | 1,205,611 | 1,223,695 | 1,242,051 | 1,260,682 | 1,279,592 | 14,166,513 |
| | AR Payback | 2,201,411 | 2,238,339 | 2,272,349 | 2,306,434 | 2,341,031 | 2,376,146 | 2,411,789 | 2,447,965 | 2,484,685 | 2,521,955 | 2,559,785 | 2,598,181 | 28,760,071 |
| | PO and AR Financing Cost | 93,020 | 94,685 | 96,203 | 97,657 | 99,122 | 100,608 | 102,117 | 103,649 | 105,204 | 106,782 | 108,384 | 110,009 | 1,217,440 |
| | Bldg Rent/CAM | 118,271 | 118,271 | 118,271 | 118,271 | 118,271 | 118,271 | 118,271 | 118,271 | 118,271 | 118,271 | 118,271 | 118,271 | 1,419,254 |
| | Payroll | 550,000 | 550,000 | 550,000 | 550,000 | 550,000 | 550,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 6,900,000 |
| | Benefit | 103,950 | 103,950 | 103,950 | 103,950 | 103,950 | 103,950 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 1,304,100 |
| | Commission/Incentive | 264,165 | 268,128 | 272,150 | 276,232 | 280,375 | 284,581 | 288,850 | 293,182 | 297,580 | 302,044 | 306,575 | 311,173 | 3,445,034 |
| | Tools & Supplies | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 108,000 |
| | R&D: Expense | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 2,400,000 |
| | Office Expenses | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 180,000 |
| | Legal & Professional Service | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 480,000 |
| | IT Software & Service | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 240,000 |
| | Insurance Installment | 0 | 0 | 18,194 | 0 | 0 | 18,194 | 0 | 0 | 18,194 | 0 | 0 | 18,194 | 72,776 |
| | S&M/T&E | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 660,000 |
| | Loan Payback | | | | | | | | | | | | | 0 |
| | Facilities/OH | 20,859 | 18,809 | 18,809 | 20,859 | 18,809 | 18,809 | 20,859 | 18,809 | 18,809 | 20,859 | 18,809 | 18,809 | 233,907 |
| | Others | 6,500 | 6,500 | 6,500 | 7,300 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 6,500 | 90,300 |
| | TOTAL CASH OUT - OPERATING ACTIVITIES | 5,863,752 | 5,936,846 | 6,027,668 | 6,085,519 | 6,156,951 | 6,250,541 | 6,393,875 | 6,458,000 | 6,555,034 | 6,618,913 | 6,698,086 | 6,798,722 | 75,843,907 |
| | | | | | | | | | | | | | | |
| | CASH BALANCE | 275,908 | 239,205 | 226,730 | 257,072 | 290,209 | 303,574 | 261,707 | 281,168 | 290,659 | 331,311 | 369,093 | 385,950 | 2,418,262 |
| | | | | | | | | | | | | | | |
| CREDITORS | Class 1 ($2.57MM + $273,500 WCP) | 68,977 | 59,801 | 56,682 | 64,268 | 72,552 | 75,893 | 65,427 | 70,292 | 72,665 | 82,828 | 92,273 | 96,487 | 878,146 |
| | Priority IRS Taxes | | | | | | | | | | | | | |
| | Priority PTO Claims | | | | | | | | | | | | | |
| | Chapter 11 Professionals | | | | | | | | | | | | | |
| | Tim Lenihan Settlement | | | | | | | | | | | | | |
| | Class 2 ($4.47MM) | 110,363 | 95,682 | 90,692 | 102,829 | 116,083 | 121,430 | 104,683 | 112,467 | 116,263 | 132,524 | 147,637 | 154,380 | 1,405,034 |
| | Total Creditors and Loan | 179,340 | 155,483 | 147,374 | 167,097 | 188,636 | 197,323 | 170,109 | 182,759 | 188,928 | 215,352 | 239,910 | 250,867 | 2,283,180 |
| | | | | | | | | | | | | | | |
| | ENDING CASH | 96,568 | 83,722 | 79,355 | 89,975 | 101,573 | 106,251 | 91,597 | 98,409 | 101,731 | 115,959 | 129,183 | 135,082 | |

Case: 23-51520   Doc# 86   Filed: 08/13/24   Entered: 08/13/24 12:08:09   Page 29 of 39

## Y2027 CASH FLOW PROJECTION

| TYPE | DESCRIPTION / MONTH | JAN '27 | FEB '27 | MAR '27 | APR '27 | MAY '27 | JUN '27 | JUL '27 | AUG '27 | SEP '27 | OCT '27 | NOV '27 | DEC '27 | Y2027 TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | Revenue Projection | 3,167,770 | 3,215,287 | 3,263,516 | 3,312,469 | 3,362,156 | 3,412,588 | 3,463,777 | 3,515,734 | 3,550,891 | 3,586,400 | 3,622,264 | 3,658,487 | 41,131,338 |
| | | | | | | | | | | | | | | |
| BEGINNING CASH | BEGINNING BALANCE | 135,082 | 127,074 | 132,141 | 133,943 | 150,642 | 164,716 | 170,036 | 188,336 | 105,730 | 353,144 | 756,946 | 1,176,777 | 135,082 |
| CASH IN | AR: Customers | 3,158,407 | 3,205,783 | 3,253,870 | 3,302,678 | 3,352,218 | 3,402,502 | 3,453,539 | 3,505,342 | 3,543,859 | 3,579,298 | 3,615,091 | 3,651,242 | 41,023,831 |
| | Loan (Borrowing) | | | | | | | | | | | | | 0 |
| | PO Borrowing | 1,318,268 | 1,338,042 | 1,358,112 | 1,378,484 | 1,399,161 | 1,420,149 | 1,441,451 | 1,455,865 | 1,470,424 | 1,485,128 | 1,499,979 | 1,544,979 | 17,110,041 |
| | AR Borrowing | 2,684,646 | 2,724,916 | 2,765,790 | 2,807,277 | 2,849,386 | 2,892,126 | 2,935,508 | 2,979,541 | 3,012,281 | 3,042,403 | 3,072,827 | 3,103,556 | 34,870,257 |
| | BSC | | | | | | | | | | | | | 0 |
| | TOTAL CASH IN | 7,296,403 | 7,395,815 | 7,509,913 | 7,622,382 | 7,751,407 | 7,879,493 | 8,000,534 | 8,129,084 | 8,132,294 | 8,459,973 | 8,944,844 | 9,476,553 | 96,598,696 |
| | | | | | | | | | | | | | | |
| | MONTH | JAN '27 | FEB '27 | MAR '27 | APR '27 | MAY '27 | JUN '27 | JUL '27 | AUG '27 | SEP '27 | OCT '27 | NOV '27 | DEC '27 | TOTAL |
| CASH OUT - OPERATING ACTIVITIES | AP & (COD/CIA) Material Purchases | 1,298,786 | 1,318,268 | 1,338,042 | 1,358,112 | 1,378,484 | 1,399,161 | 1,420,149 | 1,441,451 | 1,455,865 | 1,470,424 | 1,485,128 | 1,499,979 | 16,863,848 |
| | PO Payback | 1,298,786 | 1,318,268 | 1,338,042 | 1,358,112 | 1,378,484 | 1,399,161 | 1,420,149 | 1,441,451 | 1,455,865 | 1,470,424 | 1,485,128 | 1,499,979 | 16,863,848 |
| | AR Payback | 2,637,154 | 2,676,711 | 2,716,862 | 2,757,615 | 2,798,979 | 2,840,964 | 2,883,578 | 2,926,832 | 2,970,734 | 3,005,733 | 3,036,379 | 3,066,743 | 34,318,284 |
| | PO and AR Financing Cost | 111,660 | 113,335 | 115,035 | 116,760 | 118,511 | 120,289 | 122,093 | 123,925 | 125,784 | 127,407 | 128,814 | 130,117 | 1,453,729 |
| | Bldg Rent/CAM | 123,209 | 123,209 | 123,209 | 123,209 | 123,209 | 123,209 | 123,209 | 123,209 | 123,209 | 123,209 | 123,209 | 123,209 | 1,478,510 |
| | Payroll | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 600,000 | 7,200,000 |
| | Benefit | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 113,400 | 1,360,800 |
| | Commission/Incentive | 315,841 | 320,578 | 325,387 | 330,268 | 335,222 | 340,250 | 345,354 | 350,534 | 354,386 | 357,930 | 361,509 | 365,124 | 4,102,383 |
| | Tools & Supplies | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 120,000 |
| | R&D Expense | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 3,000,000 |
| | Office Expenses | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 180,000 |
| | Legal & Professional Service | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 480,000 |
| | IT Software & Service | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 240,000 |
| | Insurance Installment | 0 | 0 | 22,742 | 0 | 0 | 22,742 | 0 | 0 | 22,742 | 0 | 0 | 22,742 | 90,970 |
| | S&M/T&E | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 720,000 |
| | Loan Payback | | | | | | | | | | | | | 0 |
| | Facilities/OH | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 384,000 |
| | Others | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 90,000 |
| | TOTAL CASH OUT - OPERATING ACTIVITIES | 6,933,335 | 7,018,268 | 7,127,218 | 7,191,976 | 7,280,789 | 7,393,677 | 7,462,432 | 7,555,302 | 7,656,486 | 7,703,027 | 7,768,067 | 7,855,794 | 88,946,373 |
| | | | | | | | | | | | | | | |
| | CASH BALANCE | 363,068 | 377,546 | 382,695 | 430,405 | 470,618 | 485,816 | 538,102 | 573,782 | 475,808 | 756,946 | 1,176,777 | 1,620,760 | 7,652,324 |
| | | | | | | | | | | | | | | TOTAL |
| CREDITORS | Class 1 ($2.57MM + $273,500 WCP) | 90,767 | 94,387 | 95,674 | 107,601 | 117,654 | 121,454 | 134,525 | 238,540 | | | | | 1,000,602 | 2,843,500 |
| | Priority IRS Taxes | | | | | | | | | | | | | | 3,141 |
| | Priority PTO Claims | | | | | | | | | | | | | | 6,700 |
| | Chapter 11 Professionals | | | | | | | | | | | | | | 250,000 |
| | Tim Lenihan Settlement | | | | | | | | | | | | | | |
| | Class 2 ($4.47MM) | 145,227 | 151,019 | 153,078 | 172,162 | 188,247 | 194,326 | 215,241 | 229,513 | 122,664 | | | | 1,571,477 | 4,470,000 |
| | Total Creditors and Loan | 235,994 | 245,405 | 248,752 | 279,764 | 305,902 | 315,780 | 349,766 | 468,053 | 122,664 | 0 | 0 | 0 | 2,572,080 |
| | | | | | | | | | | | | | | |
| | ENDING CASH | 127,074 | 132,141 | 133,943 | 150,642 | 164,716 | 170,036 | 188,336 | 105,730 | 353,144 | 756,946 | 1,176,777 | 1,620,760 | |

# EXHIBIT "3"

| Creditor | Claim No. | Date Claim Filed | Secured | Priority | General Unsecured | Schedule "D" Secured | Schedule "E" Priority | Schedule "F" Unsecured | C/U/D | Basis of Objection, if Any | Proposed Administrative Expense Amount | Proposed Secured Amount | Proposed Priority Amount | Proposed Unsecured Amount | Proposed Prorated Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA State Board of Equaliza - (V) - CAS00 | | | | | | | | 0 | CUD | | | | | 0 | $0.00 |
| Franchise Tax Board | 10 | 1/12/2024 | | | $0.00 | | | $0.00 | | | | | | $0.00 | $0.00 |
| Internal Revenue Service | 5 | 1/9/2024 | | $3,141.00 | | | $0.00 | | D | | | | $3,141.00 | | $0.00 |
| Acuma Inc - (V) - ACU001 | 15 | 1/17/24 | | | $6,300.00 | | | $6,300.00 | | | | | | $6,300.00 | $6,300.00 |
| ADEM LLC - (V) - ADEMLLC | | | | | | | | $10,321.00 | | | | | | $10,321.00 | $10,321.00 |
| Advanced Motion Control - (V) - AMCONT | | | | | | | | $8,960.00 | | | | | | $8,960.00 | $8,960.00 |
| Advanced World Products | | | | | | | | $384.00 | | | | | | $384.00 | $384.00 |
| Airpot Corporation - (V) - AIR002 | | | | | | | | $4,248.30 | | | | | | $4,248.30 | $4,248.30 |
| All American Semiconduc - (V) - ALLAMERI | | | | | | | | $302.35 | | | | | | $302.35 | $302.35 |
| All Bearing Solutions - (V) - ALL017 | | | | | | | | $7,395.00 | | | | | | $7,395.00 | $7,395.00 |
| Alpine Bearing West - (V) - ALP002 | 18 | 1/30/24 | | | $8,368.75 | | | $8,368.75 | | | | | | $8,368.75 | $8,368.75 |
| Aonics Electronics - (V) - AON001 | | | | | | | | $2,575.75 | | | | | | $2,575.75 | $2,575.75 |
| AT&T  5019 | | | | | | | | $0.00 | | | | | | $0.00 | $0.00 |
| AT&T 5025 | | | | | | | | $612.87 | | | | | | $612.87 | $612.87 |
| AT&T MOBILITY | | | | | | | | $0.00 | | | | | | $0.00 | $0.00 |
| AZ Prototype - (V) - AZP001 | | | | | | | | $21,015.74 | | | | | | $21,015.74 | $21,015.74 |
| Bay Advanced Technology - (V) - BAY001 | | | | | | | | $2,061.60 | | | | | | $2,061.60 | $2,061.60 |
| Bay Alarm Company 3601422 | | | | | | | | $1,890.48 | | | | | | $1,890.48 | $1,890.48 |
| Bay Alarm Company 3638522 | | | | | | | | $1,449.72 | | | | | | $1,449.72 | $1,449.72 |
| Bay Alarm Company 4507522 | | | | | | | | $1,195.44 | | | | | | $1,195.44 | $1,195.44 |
| Berliner-Cohen LLP | | | | | | | | $2,200.00 | | | | | | $2,200.00 | $2,200.00 |
| Beslagic Edina | | | | | | | | $50.00 | | | | | | $50.00 | $50.00 |
| Bossard- (V) - BOS002 | | | | | | | | $4,626.50 | | | | | | $4,626.50 | $4,626.50 |
| Bradley Nameplate Corp. - (V) - BRA002 | | | | | | | | $225.00 | | | | | | $225.00 | $225.00 |
| Brooks Automation, Inc. - (V) - BRO001 | | | | | | | | $0.00 | | | | | | $0.00 | $0.00 |
| BSI Group America, Inc | | | | | | | | $3,275.00 | | | | | | $3,275.00 | $3,275.00 |
| Chamisa Technology, LLC - (V) - CHA005 | 37 | 3/7/24 | | | $32,226.89 | | | $33,903.96 | | | | | | $32,226.89 | $32,226.89 |
| Cintas  PO Box 631025  S2 | 17 | 1/29/24 | | $181.65 | $3,449.22 | | | $445.00 | | | | | $181.65 | $3,449.22 | $3,449.22 |
| CINTAS CORPORATION box 29059 Uniform | | | | | | | | $2,746.94 | | | | | | $2,746.94 | $2,746.94 |
| CINTAS  PO Box 631025  Cintas First Aid & | | | | | | | | $702.28 | | | | | | $702.28 | $702.28 |
| Comcast Business | | | | | | | | $4,050.20 | | | | | | $4,050.20 | $4,050.20 |
| Conexwest - (V) - CON016 | | | | | | | | $5,627.37 | | | | | | $5,627.37 | $5,627.37 |
| Cooner Wire - (V) - COWIRE | | | | | | | | $9,430.00 | | | | | | $9,430.00 | $9,430.00 |
| Corodata | 36 | 3/7/24 | $442.22 | | | | | $442.22 | | | | | | $442.22 | $442.22 |
| CPK Manufacturing, Inc. - (V) - CPK001 | | | | | | | | $42,475.80 | | | | | | $42,475.80 | $42,475.80 |
| DIGI KEY CORPORATION - (V) - DIG001 | | | | | | | | $117.26 | | | | | | $117.26 | $117.26 |
| Dolphin Data Capture - (V) - DOL001 | | | | | | | | $4,588.00 | | | | | | $4,588.00 | $4,588.00 |
| Eastern Bearings Inc. - (V) - EAS001 | 4 | 1/8/24 | | | $15,302.58 | | | $15,302.50 | | | | | | $15,302.58 | $15,302.58 |
| Endeavour Storage Solutions | | | | | | | | $1,309.56 | | | | | | $1,309.56 | $1,309.56 |
| FedEx CA .3875-69006 | | | | | | | | $44,815.73 | | | | | | $44,815.73 | $44,815.73 |
| FedEx Freight CA_102028252 | | | | | | | | $1,113.15 | | | | | | $1,113.15 | $1,113.15 |
| FedEx-1020-2825-2 | | | | | | | | $278.76 | | | | | | $278.76 | $278.76 |
| Feinmetall USA LLC - (V) - FEI001 | | | | | | | | $1,729.60 | | | | | | $1,729.60 | $1,729.60 |
| First Choice Coffee Services | | | | | | | | $849.11 | | | | | | $849.11 | $849.11 |
| FlowStar - (V) - FLO002 | | | | | | | | $2,007.82 | | | | | | $2,007.82 | $2,007.82 |
| FOX, WANG & MORGAN P.C | | | | | | | | $19,007.39 | | | | | | $19,007.39 | $19,007.39 |
| Franchise Tax Board | | | | | | | | $50.00 | | | | | | $50.00 | $50.00 |
| Future Electronics - (V) - FUT001 | 21 | 2/9/24 | | | $76,941.24 | | | $320,588.50 | | | | | | $76,941.24 | $76,941.24 |
| Global Partners LLC | | | | | | | | $0.00 | CUD | | | | | $0.00 | $0.00 |
| GM NAMEPLATE, INC. - (V) - GMN001 | | | | | | | | $7,993.45 | | | | | | $7,993.45 | $7,993.45 |
| Gorilla Circuits - (V) - GOR001 | | | | | | | | $19,096.00 | | | | | | $19,096.00 | $19,096.00 |
| Grainger | | | | | | | | $135.20 | | | | | | $135.20 | $135.20 |
| Hamamatsu Corporation - (V) - HAM001 | | | | | | | | $3,950.00 | | | | | | $3,950.00 | $3,950.00 |
| HD Systems, Inc. - (V) - HDSYST | | | | | | | | $10,930.59 | | | | | | $10,930.59 | $10,930.59 |
| Howdtech - (V) - HOW001 | | | | | | | | $12,732.90 | | | | | | $12,732.90 | $12,732.90 |
| i2i LLC | | | | | | | | $5,500.00 | | | | | | $5,500.00 | $5,500.00 |
| IGUS - (V) - IGU002 | | | | | | | | $244.89 | | | | | | $244.89 | $244.89 |
| Indicate Technologies - (V) - IND008 | 8 | 1/11/24 | | | $2,031.33 | | | $2,031.33 | | | | | | $2,031.33 | $2,031.33 |
| Integrated Optical Service - (V) - INT00 | 20 | 2/8/24 | | | $4,350.00 | | | $4,350.00 | | | | | | $4,350.00 | $4,350.00 |
| Iron Mountain | | | | | | | | $530.36 | | | | | | $530.36 | $530.36 |
| ITAC SYSTEMS INC - (V) - ITA002 | | | | | | | | $567.00 | | | | | | $567.00 | $567.00 |
| John F. Bradley, Jr. | 33 | 3/1/24 | $1,182.26 | | | | | $1,181.20 | | | $0.00 | | | $1,181.20 | $1,181.20 |
| Kelly Millard 1 | | | | | | | | $0.00 | | | | | | $0.00 | $0.00 |
| Larson Packaging - (V) - LAR001 | 2 | 1/5/24 | | | $3,711.33 | | | $3,711.33 | | | | | | $3,711.33 | $3,711.33 |
| LEE SPRING CO. - (V) - LEE | | | | | | | | $1,393.12 | | | | | | $1,393.12 | $1,393.12 |
| Lin Engineering - (V) - LIN001 | 7 | 1/9/24 | | | $6,891.86 | | | $6,891.86 | | | | | | $6,891.86 | $6,891.86 |
| MAGIC SPRAY - (V) - MAG001 | | | | | | | | $1,623.00 | | | | | | $1,623.00 | $1,623.00 |
| Massa Products Corporation - (V) - MAS00 | | | | | | | | $51,870.00 | | | | | | $51,870.00 | $51,870.00 |
| Maxon Precision Motors, In - (V) - MAX00 | 14 | 1/17/24 | | | $2,559.00 | | | $2,559.00 | | | | | | $2,559.00 | $2,559.00 |
| MB KIT SYSTEMS LLC - (V) - MBK001 | | | | | | | | $2,458.14 | | | | | | $2,458.14 | $2,458.14 |
| MCMASTER-CARR INC. - (V) - MCM001 | | | | | | | | $94.97 | | | | | | $94.97 | $94.97 |
| Melissa Zertuche | | | | | | | | $250.97 | | | | | | $250.97 | $250.97 |
| Meritronics Las Vegas - (V) - MER005 | | | | | | | | $7,696.75 | | | | | | $7,696.75 | $7,696.75 |
| metalfx - (V) - MET007 | 24 | 2/23/24 | | | $42,859.84 | | | $21,704.00 | | | | | | $42,859.84 | $42,859.84 |
| Micro Precision Calibratio - (V) - MIC00 | 25 | 2/26/24 | | | $8,118.00 | | | $8,118.00 | | | | | | $8,118.00 | $8,118.00 |
| Misumi USA - (V) - MIS001 | | | | | | | | $1,874.60 | | | | | | $1,874.60 | $1,874.60 |
| MOUSER ELECTRONICS INC. - (V) - MOU001 | | | | | | | | $6,064.51 | | | | | | $6,064.51 | $6,064.51 |
| Navarro Machining - (V) - NAV001 | | | | | | | | $1,500.00 | | | | | | $1,500.00 | $1,500.00 |
| New Dimension Electronics - (V) - NEW013 | | | | | | | | $475.00 | | | | | | $475.00 | $475.00 |
| Newark Electronics - (V) - NEWARK | | | | | | | | $8,894.85 | | | | | | $8,894.85 | $8,894.85 |
| Newport Corporation - (V) - NEW002 | | | | | | | | $4,838.63 | | | | | | $4,838.63 | $4,838.63 |
| NICKELL FIRE PROTECTION, I - (V) - NIC00 | | | | | | | | $442.97 | | | | | | $442.97 | $442.97 |

| Creditor | Claim No. | Date Claim Filed | Secured (Filed) | Priority (Filed) | General Unsecured (Filed) | Schedule "D" Secured | Schedule "E" Priority | Schedule "F" Unsecured | C/U/D | Basis of Objection, If Any | Proposed Administrative Expense Amount | Proposed Secured Amount | Proposed Priority Amount | Proposed Unsecured Amount | Proposed Prorated Payment |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NT Electronics - (V) - NTE001 | 11 | 1/16/24 | | | $9,166.38 | | | $9,260.88 | | | | | | $9,166.38 | $9,166.38 |
| Ondeck | | | | | | | | $235,192.30 | | | | | | $235,192.30 | $235,192.30 |
| Onto Innovations, Inc. dba NANOMETRICS I | | | | | | | | $87,665.27 | | | | | | $87,665.27 | $87,665.27 |
| Onyx Healthcare USA - (V) - ONY002 | | | | | | | | $38,430.00 | | | | | | $38,430.00 | $38,430.00 |
| P&Dworks Precision Enginee - (V) - PDW00 | | | | | | | | $830.00 | | | | | | $830.00 | $830.00 |
| Pappas Electric - (V) - PAP001 | | | | | | | | $835.00 | | | | | | $835.00 | $835.00 |
| Peak Technology Enterprise - (V) - PEA00 | | | | | | | | $13,800.00 | | | | | | $13,800.00 | $13,800.00 |
| Peninsula Land & Capital | | | | | | | | $734,405.29 | CUD | Dupl. - POC28 | | | | $0.00 | $0.00 |
| PHC GCM Korea | | | | | | | | $37,474.46 | | | | | | $37,474.46 | $37,474.46 |
| PHI | | | | | | | | $52,156.32 | | | | | | $52,156.32 | $52,156.32 |
| Pitney Bowes Gobal Financial - PIT001 | | | | | | | | $442.10 | | | | | | $442.10 | $442.10 |
| Polymetallurgcal LLC - (V) - POL004 | | | | | | | | $0.00 | | | | | | $0.00 | $0.00 |
| Production Automation Corp - (V) - PRO002 | | | | | | | | $1,792.71 | | | | | | $1,792.71 | $1,792.71 |
| Proto Labs, Inc - (V) - PRO011 | 6 | 1/9/24 | | | $2,224.33 | | | $2,224.33 | | | | | | $2,224.33 | $2,224.33 |
| QuadRite | | | | | | | | $13,336.00 | | | | | | $13,336.00 | $13,336.00 |
| Quality Engineering Consul - (V) - QUA00 | | | | | | | | $3,290.00 | | | | | | $3,290.00 | $3,290.00 |
| RandSIM - (V) - RAN002 | | | | | | | | $5,000.00 | | | | | | $5,000.00 | $5,000.00 |
| RS America Inc. - (V) - RS002 | | | | | | | | $2,727.20 | | | | | | $2,727.20 | $2,727.20 |
| Sharp Dimension, Inc. - (V) - SHARP DIM | | | | | | | | $19,026.16 | | | | | | $19,026.16 | $19,026.16 |
| Shirley Solutions LTD - (V) - SHI001 | | | | | | | | $856.00 | | | | | | $856.00 | $856.00 |
| Silicon Valley Information - (V) - SIL00 | | | | | | | | $0.00 | | | | | | $0.00 | $0.00 |
| Smartsheet Inc. - (V) - SMA002 | | | | | | | | $8,316.00 | | | | | | $8,316.00 | $8,316.00 |
| SPEEDMARK Transporation, Inc. | | | | | | | | $0.00 | | | | | | $0.00 | $0.00 |
| Staples | 1 | 1/3/24 | | | $257.80 | | | $257.80 | | | | | | $257.80 | $257.80 |
| Sun KPO Inc. - (V) - SUN010 | | | | | | | | $49,342.50 | | | | | | $49,342.50 | $49,342.50 |
| Sunnytech Circuit Assembly - (V) - SUN01 | 13 | 1/17/24 | | | $45,367.04 | | | $44,611.04 | | | | | | $45,367.04 | $45,367.04 |
| SuNPa Prototype (HK) Co.,L - (V) - SUN00 | | | | | | | | $82,857.31 | | | | | | $82,857.31 | $82,857.31 |
| Sunstar Supply Company - (V) - SUN007 | | | | | | | | $1,068.67 | | | | | | $1,068.67 | $1,068.67 |
| Teledyne Acton Optics - (V) - TEL003 | | | | | | | | $7,031.25 | | | | | | $7,031.25 | $7,031.25 |
| Testco - (V) - TES004 | 3 | 1/8/24 | | | $3,550.65 | | | $3,550.65 | | | | | | $3,550.65 | $3,550.65 |
| TestEquity - (V) - TES005 | | | | | | | | $9,072.65 | | | | | | $9,072.65 | $9,072.65 |
| The Pros Commercial Cleaning SolutionsLL | | | | | | | | $3,387.20 | | | | | | $3,387.20 | $3,387.20 |
| THK America, Inc. - (V) - THK R | | | | | | | | $8,610.00 | | | | | | $8,610.00 | $8,610.00 |
| Thorlabs - (V) - THO004 | | | | | | | | $3,288.52 | | | | | | $3,288.52 | $3,288.52 |
| Tim Lenihan | 23 | 2/23/24 | | $15,150.00 | $335,823.12 | | | $0.00 | D | Settled | | | $10,000.00 | $11,100.00 | $0.00 |
| TruTech Specialty Motors | | | | | | | | $11,100.00 | | | | | | $11,100.00 | $11,100.00 |
| Uline - (V) - ULI001 | 16 | 1/24/24 | | | $3,326.58 | | | $3,326.58 | | | | | | $3,326.58 | $3,326.58 |
| Unique Technos Co. Ltd - (V) - UNI015 | | | | | | | | $74,594.91 | | | | | | $74,594.91 | $74,594.91 |
| Villa Janitorial Service - (V) - VIL001 | | | | | | | | $6,590.75 | | | | | | $6,590.75 | $6,590.75 |
| VTJ Crates & Packaging Com - (V) - VTJ00 | | | | | | | | $3,000.00 | | | | | | $3,000.00 | $3,000.00 |
| Wavelinkcable - (V) - WAV001 | | | | | | | | $3,692.10 | | | | | | $3,692.10 | $3,692.10 |
| WB Machining & Mechanical - (V) - WBM001 | 9 | 1/11/24 | | $48,910.00 | | | | $11,876.00 | | Yes | | | $0.00 | $11,876.00 | $11,876.00 |
| WCP_Woodside Capital Partners Internatio | 12 | 1/17/24 | | | $318,500.00 | | | $45,000.00 | | Yes | | | | $318,500.00 | $318,500.00 |
| Wells Fargo Financial Leasing | 19 | 2/2/24 | | | $2,106.30 | | | $480.33 | CUD | Cure/Assume | | | | N/A | N/A |
| WTWH Media LLC | | | | | | | | $6,650.00 | | | | | | $6,650.00 | $6,650.00 |
| Xiamen EPRO Technology Co., LTD | | | | | | | | $2,746.21 | | | | | | $2,746.21 | $2,746.21 |
| Xincheng Machinery Factory - (V) - XIN00 | | | | | | | | $11,652.00 | | | | | | $11,652.00 | $11,652.00 |
| XP POWER INC. - (V) - XPP001 | | | | | | | | $24,948.00 | | | | | | $24,948.00 | $24,948.00 |
| XYZ Automation - (V) - XYZ001 | | | | | | | | $53,299.61 | | | | | | $53,299.61 | $53,299.61 |
| Yeong-Sae Kim | | | | | | | | $63,101.60 | | | | | | $63,101.60 | $63,101.60 |
| York Industries - (V) - YORK | | | | | | | | $1,870.82 | | | | | | $1,870.82 | $1,870.82 |
| US Bank National Association dba Elan Financial s | 22 | 2/20/24 | | | $61,629.67 | | | | | | | | | $61,629.67 | $61,629.67 |
| Alejandro Cota | 26 | 2/26/24 | | $999.96 | | | | | | | | | $999.96 | | $0.00 |
| Lynn Ward | 27 | 2/26/24 | | $630.00 | | | | | | | | | $630.00 | | $0.00 |
| MLC V San Ignacio LLC | 28 | 2/26/24 | $110,460.00 | $250,770.54 | $877,489.82 | | | | | Cure/Assume | N/A | N/A | N/A | N/A | N/A |
| US Bank National Association dba Elan Financial | 29 | 2/27/27 | | | $51,851.30 | | | | | | | | | $51,851.30 | $51,851.30 |
| US Bank National Association dba Elan | 30 | 2/27/27 | | | $46,526.45 | | | | | | | | | $46,526.45 | $46,526.45 |
| Alejandro Cota | 31 | 2/29/24 | | $999.96 | | | | | | Duplicate | | | $0.00 | $0.00 | $0.00 |
| Fox Wang & Morgan P.C | 32 | 2/29/24 | | | $25,135.81 | | | | | | | | | $25,135.81 | $25,135.81 |
| US Specialty Insurance Co. -Amended | 34 | 3/7/24 | | | $0.00 | | | | | | | | | $0.00 | $0.00 |
| Jireh Semiconductor Inc. | 35 | 3/6/24 | | | $160,353.00 | | | | | | | | | $160,353.00 | $160,353.00 |
| ODK Capital LLC | 38 | 3/8/24 | $355,529.16 | | | | | | | Yes (See, On Deck) | | $0.00 | | | $0.00 |
| Grace Son | 39 | 3/22/24 | | $5,063.91 | | | | | | | | | $5,063.91 | | $0.00 |
| TOTAL | | | | | | | | | | | $0.00 | $0.00 | $20,016.52 | $2,268,387.71 | $2,268,387.71 |

# EXHIBIT "4"

## Exhibit 4

## BriteLab, Inc.

| Counterparty | Lease or Executory Contract | Assume or Reject | Cure Amount |
|---|---|---|---|
| MLC V SC – SAN IGNACIO, LLC | Real Property Lease (Debtor as tenant) | Assume (subject to renegotiation) | $737,170.28 |
| Electronics Interface Co., Inc. dba Applied Engineering | Real Property Sublease (Debtor as sublandlord) | Assume (subject to renegotiation) | N/A |
| Global Partners LLC | Executory Contract for international employees | Reject | N/A |
| Wells Fargo Financial Leasing | Personal Property Lease | Assume | $376.42 |

\* Notwithstanding the listing of a contract or lease on this exhibit, Debtor reserves all its rights to challenge whether such contract or lease is an "unexpired lease" or an "executory contract" as of the date of the filing of the bankruptcy petition.

# EXHIBIT "5"

| Creditor | Claim No. | Date Claim Filed | FILED CLAIM Secured | FILED CLAIM Priority | FILED CLAIM General Unsecured | Schedule "D" Secured | Schedule "E" Priority | Schedule "F" Unsecured | C U D |
|---|---|---|---|---|---|---|---|---|---|
| CA State Board of Equaliza - (V) - CAS00 | | | | | | | 0 | | |
| Franchise Tax Board | 10 | 1/12/2024 | | | $0.00 | | $0.00 | | CUD |
| Internal Revenue Service | 5 | 1/9/2024 | | $3,141.00 | | | $0.00 | | D |
| Acuma Inc - (V) - ACU001 | 15 | 1/17/24 | | | $6,300.00 | | | $6,300.00 | |
| ADEM  LLC - (V) - ADEMLLC | | | | | | | | $10,321.00 | |
| Advanced Motion Control - (V) - AMCONT | | | | | | | | $8,960.00 | |
| Advanced World Products | | | | | | | | $384.00 | |
| Airpot Corporation - (V) - AIR002 | | | | | | | | $4,248.30 | |
| All American Semiconduc - (V) - ALLAMERI | | | | | | | | $302.35 | |
| All Bearing Solutions - (V) - ALL017 | | | | | | | | $7,395.00 | |
| Alpine Bearing West - (V) - ALP002 | 18 | 1/30/24 | | | $8,368.75 | | | $8,368.75 | |
| Aonics Electronics - (V) - AON001 | | | | | | | | $2,575.75 | |
| AT&T  5019 | | | | | | | | $0.00 | |
| AT&T 5025 | | | | | | | | $612.87 | |
| AT&T MOBILITY | | | | | | | | $0.00 | |
| AZ Prototype - (V) - AZP001 | | | | | | | | $21,015.74 | |
| Bay Advanced Technology - (V) - BAY001 | | | | | | | | $2,061.60 | |
| Bay Alarm Company 3601422 | | | | | | | | $1,890.48 | |
| Bay Alarm Company 3638522 | | | | | | | | $1,449.72 | |
| Bay Alarm Company 4507522 | | | | | | | | $1,195.44 | |
| Berliner-Cohen LLP | | | | | | | | $2,200.00 | |
| Beslagic Edina | | | | | | | | $50.00 | |
| Bossard- (V) - BOS002 | | | | | | | | $4,626.50 | |
| Bradley Nameplate Corp. - (V) - BRA002 | | | | | | | | $225.00 | |
| Brooks Automation, Inc. - (V) - BRO001 | | | | | | | | $0.00 | |
| BSI Group America, Inc | | | | | | | | $3,275.00 | |
| Chamisa Technology, LLC - (V) - CHA005 | 37 | 3/7/24 | | | $32,226.89 | | | $33,903.96 | |
| Cintas  PO Box 631025_S2 | 17 | 1/29/24 | | $181.65 | $3,449.22 | | | $445.00 | |
| CINTAS CORPORATION box 29059 Uniform | | | | | | | | $2,746.94 | |
| CINTAS_PO Box 631025_Cintas First Aid & | | | | | | | | $702.28 | |
| Comcast Business | | | | | | | | $4,050.20 | |
| Conexwest - (V) - CON016 | | | | | | | | $5,627.37 | |
| Cooner Wire - (V) - COWIRE | | | | | | | | $9,430.00 | |
| Corodata | 36 | 3/7/24 | $442.22 | | | | | $442.22 | |
| CPK Manufacturing, Inc. - (V) - CPK001 | | | | | | | | $42,475.80 | |
| DIGI KEY CORPORATION - (V) - DIG001 | | | | | | | | $117.26 | |
| Dolphin Data Capture - (V) - DOL001 | | | | | | | | $4,588.00 | |
| Eastern Bearings Inc. - (V) - EAS001 | 4 | 1/8/24 | | | $15,302.58 | | | $15,302.50 | |
| Endeavour Storage Solutions | | | | | | | | $1,309.56 | |
| FedEx CA_3875-69006 | | | | | | | | $44,815.73 | |
| FedEx Freight CA_102028252 | | | | | | | | $1,113.15 | |
| FedEx-1020-2825-2 | | | | | | | | $278.76 | |
| Feinmetall USA LLC - (V) - FEI001 | | | | | | | | $1,729.60 | |
| First Choice Coffee Services | | | | | | | | $849.11 | |
| FlowStar - (V) - FLO002 | | | | | | | | $2,007.82 | |
| FOX, WANG & MORGAN P.C | | | | | | | | $19,007.39 | |
| Franchise Tax Board | | | | | | | | $50.00 | |
| Future Electronics - (V) - FUT001 | 21 | 2/9/24 | | | $76,941.24 | | | $320,588.50 | |
| Global Partners LLC | | | | | | | | $0.00 | | CUD |
| GM NAMEPLATE, INC. - (V) - GMN001 | | | | | | | | $7,993.45 | |
| Gorilla Circuits - (V) - GOR001 | | | | | | | | $19,066.00 | |
| Grainger | | | | | | | | $135.20 | |
| Hamamatsu Corporation - (V) - HAM001 | | | | | | | | $3,950.00 | |
| HD Systems, Inc. - (V) - HDSYST | | | | | | | | $10,930.59 | |
| Howdtech - (V) - HOW001 | | | | | | | | $12,732.90 | |
| i2i LLC | | | | | | | | $5,500.00 | |
| IGUS - (V) - IGU002 | | | | | | | | $244.89 | |
| Indicate Technologies - (V) - IND008 | 8 | 1/11/24 | | | $2,031.33 | | | $2,031.33 | |
| Integrated Optical Service - (V) - INT00 | 20 | 2/8/24 | | | $4,350.00 | | | $4,350.00 | |
| Iron Mountain | | | | | | | | $530.36 | |
| ITAC SYSTEMS INC - (V) - ITA002 | | | | | | | | $567.00 | |
| John F. Bradley, Jr. | 33 | 3/1/24 | $1,182.26 | | | | | $1,181.20 | |
| Kelly Millard 1 | | | | | | | | $0.00 | |
| Larson Packaging - (V) - LAR001 | 2 | 1/5/24 | | | $3,711.33 | | | $3,711.33 | |
| LEE SPRING CO. - (V) - LEE | | | | | | | | $1,393.12 | |
| Lin Engineering - (V) - LIN001 | 7 | 1/9/24/ | | | $6,891.86 | | | $6,891.86 | |
| MAGIC SPRAY - (V) - MAG001 | | | | | | | | $1,623.00 | |
| Massa Products Corporation - (V) - MAS00 | | | | | | | | $51,870.00 | |
| Maxon Precision Motors, In - (V) - MAX00 | 14 | 1/17/24 | | | $2,559.00 | | | $2,559.00 | |
| MB KIT SYSTEMS LLC - (V) - MBK001 | | | | | | | | $2,458.14 | |
| MCMASTER-CARR INC. - (V) - MCM001 | | | | | | | | $94.97 | |
| Melissa Zertuche | | | | | | | | $250.97 | |
| Meritronics Las Vegas - (V) - MER005 | | | | | | | | $7,696.75 | |
| metalfx - (V) - MET007 | 24 | 2/23/24 | | | $42,859.84 | | | $21,704.00 | |
| Micro Precision Calibratio - (V) - MIC00 | 25 | 2/26/24 | | | $8,118.00 | | | $8,118.00 | |
| Misumi USA - (V) - MIS001 | | | | | | | | $1,874.60 | |

| Creditor | Claim No. | Date Claim Filed | Secured | Priority | General Unsecured | Schedule "D" Secured | Schedule "E" Priority | Schedule "F" Unsecured | C U D |
|---|---|---|---|---|---|---|---|---|---|
| MOUSER ELECTRONICS INC. - (V) - MOU001 | | | | | | | | $6,064.51 | |
| Navarro Machining - (V) - NAV001 | | | | | | | | $1,500.00 | |
| New Dimension Electronics - (V) - NEW013 | | | | | | | | $475.00 | |
| Newark Electronics  (V) - NEWARK | | | | | | | | $8,894.85 | |
| Newport Corporation  (V) - NEW002 | | | | | | | | $4,838.63 | |
| NICKELL FIRE PROTECTION, I - (V) - NIC00 | | | | | | | | $442.97 | |
| NT Electronics - (V) - NTE001 | 11 | 1/16/24 | | | $9,166.38 | | | $9,260.88 | |
| Ondeck | | | | | | | | $235,192.30 | |
| Onto Innovations, Inc. dba NANOMETRICS I | | | | | | | | $87,665.27 | |
| Onyx Healthcare USA - (V) - ONY002 | | | | | | | | $38,430.00 | |
| P&Dworks Precision Enginee - (V) - PDW00 | | | | | | | | $830.00 | |
| Pappas Electric - (V) - PAP001 | | | | | | | | $835.00 | |
| Peak Technology Enterprise - (V) - PEA00 | | | | | | | | $13,800.00 | |
| Peninsula Land & Capital | | | | | | | | $734,405.29 | CUD |
| PHC GCM Korea | | | | | | | | $37,474.46 | |
| PHC Korea | | | | | | | | $4,470,000.00 | C |
| PHI | | | | | | | | $52,156.32 | |
| Pitney Bowes Gobal Financial - PIT001 | | | | | | | | $442.10 | |
| Polymetallurgical LLC - (V) - POL004 | | | | | | | | $0.00 | |
| Production Automation Corp - (V) - PRO02 | | | | | | | | $1,792.71 | |
| Proto Labs, Inc - (V) - PRO011 | 6 | 1/9/24 | | | $2,224.33 | | | $2,224.33 | |
| QuadRite | | | | | | | | $13,336.00 | |
| Quality Engineering Consul - (V) - QUA00 | | | | | | | | $3,290.00 | |
| RandSIM - (V) - RAN002 | | | | | | | | $5,000.00 | |
| RS America Inc. - (V) - RS002 | | | | | | | | $2,727.20 | |
| Sharp Dimension, Inc. - (V) - SHARP DIM | | | | | | | | $19,026.16 | |
| Shirley Solutions LTD - (V) - SHI001 | | | | | | | | $856.00 | |
| Silicon Valley Information - (V) - SIL00 | | | | | | | | $0.00 | |
| Smartsheet Inc. - (V) - SMA002 | | | | | | | | $8,316.00 | |
| SPEEDMARK Transporation, Inc. | | | | | | | | $0.00 | |
| Staples | 1 | 1/3/24 | | | $257.80 | | | $257.80 | |
| Sun KPO Inc. - (V) - SUN010 | | | | | | | | $49,342.50 | |
| Sunnytech Circuit Assemblys - (V) - SUN01 | 13 | 1/17/24 | | | $45,367.04 | | | $44,611.04 | |
| SuNPe Prototype (HK) Co.,L - (V) - SUN00 | | | | | | | | $82,857.31 | |
| Sunstar Supply Company - (V) - SUN007 | | | | | | | | $1,068.67 | |
| Teledyne Acton Optics - (V) - TEL003 | | | | | | | | $7,031.25 | |
| Testco - (V) - TES004 | 3 | 1/8/24 | | | $3,550.65 | | | $3,550.65 | |
| TestEquity - (V) - TES005 | | | | | | | | $9,072.65 | |
| The Pros Commercial Cleaning SolutionsLL | | | | | | | | $3,387.20 | |
| THK America, Inc. - (V) - THK R | | | | | | | | $8,610.00 | |
| Thorlabs - (V) - THO004 | | | | | | | | $3,288.52 | |
| Tim Lenihan | 23 | 2/23/24 | | $15,150.00 | $335,823.12 | | | $0.00 | D |
| TruTech Specialty Motors | | | | | | | | $11,100.00 | |
| Uline - (V) - ULI001 | 16 | 1/24/24 | | | $3,326.58 | | | $3,326.58 | |
| Unique Technos Co. Ltd - (V) - UNI015 | | | | | | | | $74,594.91 | |
| Villa Janitorial Service - (V) - VIL001 | | | | | | | | $6,590.75 | |
| VTJ Crates & Packaging Com - (V) - VTJ00 | | | | | | | | $3,000.00 | |
| Wavelinkcable - (V) - WAV001 | | | | | | | | $3,692.10 | |
| WB Machining & Mechanical - (V) - WBM001 | 9 | 1/11/24 | | $48,910.00 | | | | $11,876.00 | |
| WCP_Woodside Capital Partners Internatio | 12 | 1/17/24 | | | $318,500.00 | | | $45,000.00 | |
| Wells Fargo Financial Leasing | 19 | 2/2/24 | | | $2,106.30 | | | $480.33 | CUD |
| WTWH Media LLC | | | | | | | | $6,650.00 | |
| Xiamen EPRO Technology Co., LTD | | | | | | | | $2,746.21 | |
| Xincheng Machinery Factory - (V) - XIN00 | | | | | | | | $11,652.00 | |
| XP POWER INC. - (V) - XPP001 | | | | | | | | $24,948.00 | |
| XYZ Automation - (V) - XYZ001 | | | | | | | | $53,299.61 | |
| Yeong-Sae Kim | | | | | | | | $63,101.60 | |
| York Industries - (V) - YORK | | | | | | | | $1,870.82 | |
| US Bank National Association dba Elan Financia | 22 | 2/20/24 | | | $61,629.67 | | | | |
| Alejandro Cota | 26 | 2/26/24 | | $999.96 | | | | | |
| Lynn Ward | 27 | 2/26/24 | | $630.00 | | | | | |
| MLC V San Ignacio LLC | 28 | 2/26/24 | $110,460.00 | $250,770.54 | $877,489.82 | | | | |
| US Bank National Association dba Elan Financia | 29 | 2/27/24 | | | $51,851.30 | | | | |
| US Bank National Association dba Elan | 30 | 2/27/27 | | | $46,526.45 | | | | |
| Alejandro Cota | 31 | 2/29/24 | | $999.96 | | | | | |
| Fox Wang & Morgan P.C | 32 | 2/29/24 | | | $25,135.81 | | | | |
| US Specialty Insurance Co. -Amended | 34 | 3/7/24 | | | $0.00 | | | | |
| Jireh Semiconductor Inc. | 35 | 3/6/24 | | | $160,353.00 | | | | |
| ODK Capital LLC | 38 | 3/8/24 | $355,529.16 | | | | | | |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2818 La Cienega Avenue, Los Angeles, California 90034

A true and correct copy of the foregoing document entitled (*specify*): **Debtor's Third Amended Chapter 11, Subchapter V, Plan Of Reorganization, Dated August 13, 2024** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **August 13, 2024**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M. Arnold      tma@lnbyg.com
- Ron Bender      rb@lnbyg.com
- Corrine Bielejeski      Corrine@EastBayBkLaw.com, EastBayBkLaw@gmail.com
- Trevor Ross Fehr      trevor.fehr@usdoj.gov
- John-Patrick M. Fritz      jpf@lnbyg.com, JPF@ecf.inforuptcy.com
- Gina R. Klump      gklump@klumplaw.net, C204@ecfcbis.com
- Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
- Gregory S. Powell      greg.powell@usdoj.gov, Tina.L.Spyksma@usdoj.gov
- Julie H. Rome-Banks      julie@bindermalter.com
- Cheryl C. Rouse      rblaw@ix.netcom.com

**2. SERVED BY UNITED STATES MAIL**: On (*date*) **August 13, 2024**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **August 13, 2024**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2024 | J. Klassi | /s/ J. Klassi |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*   Case: 23-51520   Doc# 86   Filed: 08/13/24   Entered: 08/13/24 13:38:05   Page 39 of   **F 9013-3.1.PROOF.SERVICE**
39