Entered on Docket
September 17, 2024
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  RON BENDER (SBN 143364)
   JOHN-PATRICK M. FRITZ (SBN 245240)
2  LEVENE, NEALE, BENDER,
   YOO & GOLUBCHIK L.L.P.
3  2818 La Cienega Avenue
4  Los Angeles, California 90034
   Telephone: (310) 229-1234;
5  Facsimile: (310) 229-1244
   Email: RB@LNBYB.COM; JPF@LNBYB.COM
6

The following constitutes the order of the Court.
Signed: September 16, 2024

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

7  Attorneys for Chapter 11 Debtor and
    Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

In re:

BRITELAB, INC., a Delaware Corporation

   Debtor and Debtor in Possession.

Case No. 5:23-bk-51520

Chapter 11 Case
Subchapter V

**ORDER GRANTNG DEBTOR'S MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND MUTUAL RELEASE WITH TIMOTHY LENIHAN**

<u>Hearing:</u>
Date: September 3, 2024
Time: 2:00 p.m.
Place: U.S. Bankruptcy Court
       Courtroom 9
       280 South First Street
       San Jose, CA 95113-3099

At the above-referenced date, time, and location, the Court held a hearing (the "Hearing") to consider the Debtor's Motion for Approval of Settlement Agreement and Mutual Release with Timothy Lenihan (the "Motion") [ECF 83] filed by BriteLab, Inc., a Delaware corporation (the "Debtor"), the debtor and debtor in possession in the above-referenced chapter 11 case. Appearances were made at the Hearing as set forth on the Court's record of the Hearing.

The Court, having read and considered the Motion, the declaration of Ali Bushehri [ECF 84] submitted in support of the Motion, the notice [ECF 85] of the Motion and Hearing, the record in the case, the docket in the case, and good cause appearing therefor,

**HEREBY FINDS** that notice of the Motion and Hearing were good and proper under the circumstances and that no further notice is required; and

**HEREBY ORDERS AS FOLLOWS:**

1. The Motion is granted; and

2. The Settlement Agreement between Debtor and Lenihan is approved.

Approved as to form and content:

Dated: 9/13/2024    /s/ Corrine Bielejeski
Corrine Bielejeski
Attorney for Timothy Lenihan

*** END OF ORDER ***

COURT SERVICE LIST

*No Court service required.*