The following constitutes the order of the Court.
Signed: September 19, 2024

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

RON BENDER (SBN 143364)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER,
YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: RB@LNBYG.COM; JPF@LNBYG.COM

Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>BriteLab, Inc.,<br>a Delaware corporation<br><br>    Debtor and Debtor in Possession. | Case No.: 23-51520<br><br>Chapter 11 Case<br>Subchapter V<br><br>**ORDER CONFIRMING DEBTOR'S THIRD AMENDED CHAPTER 11, SUBCHAPTER V, PLAN OF REORGANIZATION, DATED AUGUST 13, 2024**<br><br><u>Hearing on Plan Confirmation</u>:<br>Date:  September 5, 2024<br>Time:  1:30 p.m.<br>Place:  United States Courthouse<br>        Courtroom 9<br>        280 South First Street<br>        San Jose, CA 95113-3099 |

At the above-referenced date, time, and location, the Honorable Stephen L. Johnson, United States Chief Bankruptcy Judge for the Northern District of California (the "Court") held a hearing (the "Hearing") to consider the confirmation of the Debtor's Third Amended Chapter 11, Subchapter V, Plan of Reorganization, Dated August 13, 2024 (the "Plan") [ECF 86] filed by BriteLab Inc., a Delaware corporation (the "Debtor"), the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Case"). Appearances were made at the Hearing as set forth on the Court's record of the Hearing.

In support of confirmation of the Plan, the Court considered the Plan, the Tabulation of Ballots and Ballot Summary (the "Ballots") [ECF 66], the Objection to Confirmation of Debtor's Proposed First Amended Plan ("WCP Objection") [ECF 63] filed by Woodside Capital Partners International LLC ("WCP"), Creditor Tim Lenihan's Objection to Debtor's First Amended Plan (Modified)" ("Lenihan Objection") [ECF 58] filed by Tim Lenihan ("Lenihan"), all pleadings filed in support of or in opposition to the Plan, the record in the Case, the docket in the Case, and the statement of counsel made on the record at the Hearing.

**THE COURT HEREBY FINDS AS FOLLOWS:**

A. The notice of the Plan and the Hearing and the time fixed for submitting ballots and filing objections to confirmation of the Plan was good and proper, properly served, and adequate under applicable rules and the circumstances of the Case, and no further notice is necessary or appropriate prior to entry of this Plan Order confirming the Plan;

B. The Lenihan Objection and WCP Objection are moot as (i) Lenihan and Debtor entered into a settlement, which was approved by the Court, and Lenihan withdrew the Lenihan Objection and changed his vote to support confirmation of the Plan, and (ii) Debtor and WCP stated on the record at the Hearing that the parties had settled their dispute, put the material terms of the settlement on the record at the Hearing, and WCP withdrew the WCP Objection and changed its vote to support confirmation of the Plan; accordingly, 100% of the ballots returned for Class 1 were voted to accept the Plan, and 100% of the ballot returned for Class 2 were voted to accept the Plan;

C. The Subchapter V Trustee supports confirmation of the Plan; and

D. The applicable requirements for confirmation set forth in 11 U.S.C. § 1129(a), as incorporated by 11 U.S.C. § 1191(a), have been satisfied, and;

E. Good cause appearing, therefor,

**THE COURT HEREBY ORDERS AS FOLLOWS:**

1. The Plan and each of its provisions (except as modified in this Order) is CONFIRMED pursuant to 11 U.S.C. § 1191(a).

2. The terms of the Plan are incorporated by reference into and are an integral part of this Plan Order. Any capitalized terms contained herein that are not otherwise defined have the meaning ascribed to it in the Plan. The failure to specifically include any particular provision of the Plan in this Plan Order will not diminish the effectiveness of such provision or constitute a waiver thereof, it being the intent of the Court that the Plan is confirmed in its entirety and incorporated herein by reference, unless specifically modified by the Plan Order.

3. The non-residential real property lease between Debtor and landlord MLC V SC – SAN IGNACIO, LLC ("Landlord") is ASSUMED pursuant to 11 U.S.C. § 365 and the cure amounts to Landlord shall be paid over six months in accordance with the schedule set forth on Exhibit 2 to the Plan [ECF 86 at 27].

4. With respect to the other unexpired leases and executory contracts other than the Landlord's lease, this Plan Order constitutes an order of the Bankruptcy Court under § 365 of the Bankruptcy Code approving the assumption of the prepetition executory contracts and unexpired leases as set forth on Exhibit 4 to the Plan, with the Debtor and Reorganized Debtor having conclusively provided adequate assurance of future performance and there are no cure amounts required for assumption pursuant to under § 365 except as set forth on Exhibit 4.

5. The last day for the Debtor to move for entry of a final decree and an order closing this case or to file an application for an extension of the time to do so is December 5, 2024.

Approved as to form and content:

Dated: 9/13/2024          /s/ Corrine Bielejeski
                          Corrine Bielejeski
                          Attorney for Timothy Lenihan

Approved as to form and content:

Dated: 9/13/2024                    /s/ Gina R. Klimp
                                    Gina R. Klump, Subchapter V Trustee

Approved as to form and content:

Dated: 9/13/2024                    /s/ Julie Rome-Banks
                                    Julie Rome-Banks
                                    Binder Malter Harris & Rome-Banks LLP
                                    Attorneys for MLC V SC – SAN IGNACIO,
                                    LLC, Peninsula Land and Capital, Inc.

Approved as to form and content:

Dated: 9/13/2024                    /s/ Cheryl C. Rouse
                                    Cheryl C. Rouse
                                    Law Offices of Rouse & Bahlert
                                    Attorneys for Woodside Capital Partners
                                    International, Inc.

** END OF ORDER **